Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
THE FULLER LAW FIRM
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852
Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:                                                                     Chapter 13
                                                                           Case No.: 09-57389-ASW
      ALAN T. WOOTTON,
      WENDY L. WOOTTON                            APPLICATION FOR COMPENSATION;
                                                                           DECLARATION
<u>Debtor(s)</u>_____/

1.      Debtor(s)' attorney, _____Lars T. Fuller_____, requests the approval of attorney's fees in the sum of $4,250.00_____ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $750.00__ has been previously paid to Debtor(s)' attorney.

2.      In addition to the basic case, the Debtor(s)' case involves:
      ___    Real property claims
      ___    Compromise plan use
      ___    Certain additional real property: __ piece(s)
      _X_    State or federal tax claims
      ___    Vehicle loans or leases
      ___    An operating business
      _X_    Support arrears
      ___    Student loans
      ___    25 or more creditors
      ___    Motion to commence or extend the automatic stay

3.      A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s)' attorney, has been filed with the Court.

4.      All fees are subject to Court approval, whether paid in advance or through the plan.

      I, the undersigned, declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.


Dated:  ___9/1/2009_____                                                  <u>/s/ Lars T. Fuller</u>_____
                                                                                      Attorney for Debtor(s)

Rev. 6/06