# Notice Recipients

District/Off: 0971−5         User: lubarron         Date Created: 9/10/2009
Case: 09−57389               Form ID: B9I           Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Alan T Wootton | 6075 Paso Los Cerritos | San Jose, CA 95120 | |
| jdb | Wendy L. Wootton | 6075 Paso Los Cerritos | San Jose, CA 95120 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| tr | Devin Derham−Burk | P.O. Box 50013 | San Jose, CA 95150−0013 | |
| aty | Saman Taherian | The Fuller Law Firm | 60 N. Keeble Ave. | San Jose, CA 95126 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | Secretary of The Treasury | 15th and Pennsylvania Ave. NW | Washington, DC 20220−0001 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 10285092 | Capital One Bank USA N.A. | PO Box 60599 | City of Industry, CA 91716−0599 | |
| 10285093 | Capital One Bank USA N.A. | PO Box 60599 | City of Industry, CA 91716−0599 | |
| 10285094 | Chase Cardmember Service | PO Box 94014 | Palatine, IL 60094−4014 | |
| 10285095 | Chase Cardmember Service | PO Box 94014 | Palatine, IL 60094−4014 | |
| 10285096 | Chase Cardmember Service | PO Box 94014 | Palatine, IL 60094−4014 | |
| 10285097 | Chase Receivables | 1247 Broadway | Sonoma, CA 95476 | |
| 10285098 | City of San Jose | PO Box 11002 | San Jose, CA 95103−1002 | |
| 10285099 | Client Services, Inc. | 3451 Harry Truman Blvd. | St. Charles, MO 63301−4047 | |
| 10285100 | Discover Card | PO Box 6103 | Carol Stream, IL 60197−6103 | |
| 10285101 | Franchise Tax Board | PO Box 942867 | Sacramento, CA 94267−0011 | |
| 10285102 | Gregory K. Rabitz, DDS | 1600 Willow Street #250 | San Jose, CA 95125−5115 | |
| 10285103 | IRS − Central Insolvency | PO Box 21126 | Philadelphia, PA 19114 | |
| 10285104 | Law Office of Suzanne Hunsinger | 1177 Branham Lane, #192 | San Jose, CA 951118 | |
| 10285105 | Law Offices of Ronald S. Meckler | 1 Almaden Blvd., Suite 560 | San Jose, CA 95113 | |
| 10285106 | McCahan, Helfrick, Thiercof &Butera | 1655 Willow Street | San Jose, CA 95125 | |
| 10285107 | Oxana Wootton | 7178 Rainbow Drive | San Jose, CA 95129 | |
| 10285108 | Target National Bank | PO Box 59317 | Minneapolis, MN 55459−0317 | |

TOTAL: 26