DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

WOOTTON, ALAN T

WOOTTON, WENDY L

Debtor(s)

Chapter 13
Case No.  09-57389 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH CERTIFICATE OF SERVICE

341 Meeting: Date: OCTOBER 19, 2009 @ 10:30 AM
Pre-Hearing Conference Date: NOVEMBER 30, 2009
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3020
       San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this pro-tanto% Plan for the following reasons:

1. Mrs. Wootton has failed to provide the Trustee with a copy of her 2008 income tax return.

2. Mr. Wootton has failed to provide the Trustee with a copy of his payment advices for the period from July 1, 2009 through July 15, 2009.

Dated: October 15, 2009                /S/ Devin Derham-Burk
                                       _____
                                       Chapter 13 Trustee

Trustee's Objection to Confirmation – 09-57389 ASW

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 16, 2009.

Said envelopes were addressed as follows:

| ALAN & WENDY WOOTTON<br>6075 PASO LOS CERRITOS<br>SAN JOSE CA 95120 | THE FULLER LAW FIRM<br>60 N KEEBLE AVE<br>SAN JOSE CA 95126 |
|---|---|

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 09-57389 ASW