HEINZ BINDER (#87908)
ROBERT G. HARRIS (#124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In re

Alan T. And Wendy Lynn Wootton,

Debtors.

Case No. 09-57389 ASW
Chapter 13

Confirmation Hearing:

Date: November 2, 2009
Time: 11:00 a.m.
Place: Courtroom 3070
 280 South First Street
 San Jose, California

## CERTIFICATE OF SERVICE BY FACSIMILE

I hereby certify and declare that the following statements are true and correct:

1. I am over the age of eighteen (18) and not a party to the within cause.

2. My business address is 2775 Park Avenue, Santa Clara, California, 95050.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

4. On October 19, 2009, I served a true copy of the documents titled exactly as follows:

**OBJECTION TO CHAPTER 13 PLAN**

by sending a copy thereof via facsimile to the persons listed below:

CERTIFICATE OF SERVICE VIA FACSIMILE                                    Page 1

| | |
|---|---|
| 1 | <u>Attorney for Debtor</u><br>Sam Taherian |
| 2 | Fuller Law Firm<br>60 N. Keeble Ave. |
| 3 | San Jose, CA 95126<br>Fax: (408) 295-9852 |
| 4 | |
| 5 | <u>U.S. Trustee</u><br>Devin Durham-Burk<br>Chapter 13 Trustee |
| 6 | 983 University Ave., Bldg. C, Suite 100<br>Los Gatos, CA 95032 |
| 7 | Fax: (408) 354-5513 |

     Executed on October 19, 2009, at Santa Clara, California. I certify under penalty of perjury that the foregoing is true and correct.

                                                                       /s/ Valynn R. Torres<br>
                                                                        Valynn R. Torres

S:\Clients\Wootton, Oxana\Pleadings\Objection to Confirmation\Objection.POS.wpd

**CERTIFICATE OF SERVICE VIA FACSIMILE**     **Page 2**