Lars T. Fuller (Bar No.141270)
Sam Taherian (Bar No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
San Jose, A 95126
(408)295-5595

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT CALIFORNIA
# SAN JOSE DIVISION

| In re: | Case No.: 09-57389-ASW |
|---|---|
| ALAN T. WOOTON, | CHAPTER 13 |
| WENDY L. WOOTON | PRE-HEARING CONFERENCE STATEMENT |
| Debtors | Hearing Date: November 30, 2009<br>Time: 2:00 PM<br>Courtroom: 3020<br>Judge: **Weissbrodt** |

COMES NOW DEBTOR and pursuant to the Objection to Confirmation issued by trustee, responds as follows:

1. Date Objection Filed:

    Trustee: October 15, 2009

2. Date of Initial Conference and Subsequent Conf.

    Trustee: None; debtor will comply

3. Statement of Legal and Factual Issue

    Trustee objects to debtors' confirmation based on the grounds that: (1) Debtor, Wendy Wooton, failed to provide a copy of her 2008 income tax return to the Trustee; (2)

Debtor, Alan Wooton, failed to provide to the Trustee a copy of his payment advices for the period of July 1, 2009 to July 15, 2009.

As to the Trustee's first objection, a copy of debtor's tax return was transmitted via facsimile to the Trustee on November 6, 2009.

As to the Trustee's second objection, debtor will either produce a copy of his payment advice for the requested period or a declaration will be filed.

4. <u>Discovery</u>.    None

5. <u>Request</u>.    Debtors believe that this case is ready for confirmation.

Dated:    November 6, 2009

THE FULLER LAW FIRM


By: /s/ Lars T. Fuller_____
Attorneys for Debtors