```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>WOOTTON, ALAN T<br><br>WOOTTON, WENDY L<br><br><br><br><br><br>        Debtor(s) | Chapter 13<br>Case No. 09-57389 ASW<br><br>FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE<br><br>Pre-Hearing Conference Date: NOVEMBER 30, 2009<br>Pre-Hearing Conference Time: 2:00 PM<br>Place: 280 S. 1st Street Room 3020<br>      San Jose, CA<br>Judge: Arthur S. Weissbrodt |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this pro-tanto% Plan for the following reasons:

1. Mr. Wootton has failed to provide the Trustee with a copy of his payment advices for the period from July 1, 2009 through July 15, 2009.

2. At the Section 341 Meeting of Creditors held on October 19, 2009, the debtors testified that they borrowed $40,000.00 from Martin Hess and have not paid him back. The Trustee requests the appropriate schedules be amended and that proper notice if given to said creditor.

Dated: November 16, 2009                       /S/ Devin Derham-Burk

                                                           Chapter 13 Trustee

Trustee's Objection to Confirmation – 09-57389 ASW

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 16, 2009.

Said envelopes were addressed as follows:

ALAN & WENDY WOOTTON  
6075 PASO LOS CERRITOS  
SAN JOSE CA 95120

THE FULLER LAW FIRM  
60 N KEEBLE AVE  
SAN JOSE CA 95126

/S/ Chaovalai Chulasawan  
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 09-57389 ASW