DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

WOOTTON, ALAN T

WOOTTON, WENDY L

Debtor(s)

Chapter 13
Case No. 09-57389 ASW

SECOND AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: APRIL 6, 2010
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3020
    San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this pro-tanto% Plan for the following reasons:

1. At the Section 341 Meeting of Creditors held on October 19, 2009, the debtors testified that they borrowed $40,000.00 from Martin Hess and have not paid him back. The Trustee requests the appropriate schedules be amended and that proper notice if given to said creditor.

/
/
/
/

Trustee's Objection to Confirmation – 09-57389 ASW

2. The debtors are proposing a Pro-tanto Plan with a pot amount of $42,000.00. This amount is not enough to cover secured and priority claims, attorney and Trustee fees. (Note: Oxana G. Woottton has filed two priority claim with a total amount of $91,127.95.)

Dated: February 4, 2010

/S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Second Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 5, 2010.

Said envelopes were addressed as follows:

ALAN & WENDY WOOTTON
6075 PASO LOS CERRITOS
SAN JOSE CA 95120

THE FULLER LAW FIRM
60 N KEEBLE AVE
SAN JOSE CA 95126

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 09-57389 ASW