210B (12/09)

# United States Bankruptcy Court

Northern District of California
Case No. 09-57389
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Alan T Wootton<br>6075 Paso Los Cerritos<br>San Jose CA 95120 | Wendy L. Wootton<br>6075 Paso Los Cerritos<br>San Jose CA 95120 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/10/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: TARGET NATIONAL BANK, C O Weinstein And Riley, Ps, 2001 Western Avenue, Ste 400, Seattle, Wa 98121 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/10

Gloria L. Franklin
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0971-5           User: lubarron            Page 1 of 1                Date Rcvd: Feb 11, 2010
Case: 09-57389                 Form ID: trc              Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 13, 2010.
10335374     +TARGET NATIONAL BANK,    C O Weinstein And Riley, Ps,    2001 Western Avenue, Ste 400,
               Seattle, Wa 98121-3132

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**                              Signature:  *Joseph Speetjens*