

IT IS SO ORDERED.
Signed February 26, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1 DEVIN DERHAM-BURK
  CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
  SAN JOSE, CA  95150-0013
3
  Telephone:  (408) 354-4413
4 Facsimile:  (408) 354-5513

5 Trustee for Debtors

6

7

8           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE DIVISION

10

11 In Re:                          )   Chapter 13
                                   )   Case No. 09-57389 ASW
12 ALAN T WOOTTON                  )
                                   )
                                   )   **ORDER TO EMPLOYER TO PAY**
13 WENDY L. WOOTTON                )   **EARNINGS TO TRUSTEE**
                    Debtors        )

14

15 The above named Debtors filed a petition for relief under Title 11 of the U.S. Bankruptcy

16 Code on Monday, August 31, 2009.  DEVIN DERHAM-BURK is the Standing Trustee

17 appointed to administer the estate.  To ensure compliance with the terms of the Debtors'

18 plan, the Court may direct the Debtors' employer(s) to pay any part of the Debtors' wages to

19 the Trustee.

20 ALAN T WOOTTON is employed by:

21         PLAYDOM
           ****** ATTN PAYROLL DEPT *****
22         100 W EVELYN AVE #100
           MOUNTAIN VIEW, CA  94041
23

24 **IT IS HEREBY ORDERED** that said employer shall commence a payroll deduction, as

25 follows, beginning on the next payday following receipt of this Order:

26 /

27 /

28 /

| | |
|---|---|
| $700.00 if paid Monthly | $350.00 if paid Semi-Monthly |
| $323.08 if paid Bi-Weekly | $161.54 if paid Weekly |

Deductions should be made payable to: DEVIN DERHAM-BURK, TRUSTEE and should be sent to: P O BOX 50013, SAN JOSE, CA 95150-0013.

Payments must include the Debtor's name and Chapter 13 case number. Payroll deductions made in accordance with the applicable law for current income tax withholding, federal social security, state disability, insurance premiums, union dues, employee welfare fund contributions, and employer sustenance contributions are not affected by this order and may be continued.

This is a voluntary wage order and may include money for living expenses, such as mortgage and vehicle payments. Therefore, the salary percentage deduction limitations set forth in California Code of Civil Procedure §706.050 and 15 U.S.C. §1673(a) do not apply.

\* \* \* END OF ORDER \* \* \*

## COURT SERVICE LIST

Case Name: ALAN T WOOTTON  
WENDY L. WOOTTON

Case No.: 09-57389 ASW

ALAN T WOOTTON  
WENDY L. WOOTTON  
6075 PASO LOS CERRITOS  
SAN JOSE, CA 95120

THE FULLER LAW FIRM  
60 N KEEBLE AVE  
SAN JOSE, CA 95126