HEINZ BINDER (#87908)
ROBERT G. HARRIS (#124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Alan T. And Wendy Lynn Wootton,<br><br><br>Debtors. | Case No. 09-57389 ASW<br>Chapter 13<br><br>Date: April 6, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>280 South First Street<br>San Jose, California |

**NOTICE OF HEARING ON MOTION TO DISMISS OR CONVERT CASE FOR FAILURE TO PAY DOMESTIC SUPPORT OBLIGATIONS (11 U.S.C. §1307(c)(11))**

TO CHAPTER 13 DEBTORS ALAN T. WOOTON AND WENDY WOOTON, THE CHAPTER 13 TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that at the date, time, and place set forth above a hearing will be held on the Motion to Dismiss or Convert Case for Failure to Pay Domestic Support Obligations (11 U.S.C. §1307(c)(11)(the "Motion") brought by creditor Oxana Wootton. The cause which is the basis for this Motion is that debtor Alan T. Wootton is under court order to pay $3,706 per month in child support, child care expenses, and spousal support and has post-petition arrears on these obligations of $20,271.38.

The Motion is based on this Notice, the Motion, the supporting declaration of Oxana Wootton, and Ms. Wootton's supporting Memorandum of Points & Authorities. Copies of these pleadings may be obtained by contacting the undersigned at the address in the caption of this pleading.

**NOTICE OF HEARING ON MOTION TO DISMISS OR CONVERT CASE**  Page 1

| | | |
|---|---|---|
| 1 | Dated: March 16, 2010 | BINDER & MALTER, LLP |
| 2 | | |
| 3 | | By:/s/ Robert G. Harris |
| | | Robert G. Harris |
| 4 | | Attorneys for Oxana Wootton |

**NOTICE OF HEARING ON MOTION TO DISMISS OR CONVERT CASE** Page 2