```
 1  HEINZ BINDER (#87908)
    ROBERT G. HARRIS (#124678)
 2  BINDER & MALTER, LLP
    2775 Park Avenue
 3  Santa Clara, CA 95050
    Telephone: (408) 295-1700
 4  Facsimile: (408) 295-1531

 5  Attorneys for Oxana Wootton
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Alan T. And Wendy Lynn Wootton,<br><br><br>Debtors. | Case No. 09-57389 ASW<br>Chapter 13<br><br>Date: April 6, 2010<br>Time: 2:00 P.M.<br>Place: Courtroom 3020<br>280 South First Street<br>San Jose, California |

### AMENDED NOTICE OF HEARING ON MOTION TO DISMISS OR CONVERT CASE FOR FAILURE TO PAY DOMESTIC SUPPORT OBLIGATIONS (11 U.S.C. §1307(c)(11))

TO CHAPTER 13 DEBTORS ALAN T. WOOTTON AND WENDY WOOTTON, THE CHAPTER 13 TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that at the date, time, and place set forth above a hearing will be held on the Motion to Dismiss or Convert Case for Failure to Pay Domestic Support Obligations (11 U.S.C. §1307(c)(11)(the "Motion") brought by creditor Oxana Wootton.  The cause which is the basis for this Motion is that debtor Alan T. Wootton is under court order to pay $3,706 per month in child support, child care expenses, and spousal support and has post-petition arrears on these obligations of $20,271.38.

The Motion is based on this Notice, the Motion, the supporting declaration of Oxana Wootton, and Ms. Wootton's supporting Memorandum of Points & Authorities. Copies of these pleadings may be obtained by contacting the undersigned at the

AMENDED NOTICE OF HEARING ON  MOTION TO DISMISS OR CONVERT CASE           Page 1

1 | address in the caption of this pleading.

2 | Dated: March 17, 2010					BINDER & MALTER, LLP

4 | By:/s/ Robert G. Harris
   |     Robert G. Harris

5 | Attorneys for Oxana Wootton

AMENDED NOTICE OF HEARING ON MOTION TO DISMISS OR CONVERT CASE					Page 2