HEINZ BINDER (#87908)
ROBERT G. HARRIS (#124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Alan T. And Wendy Lynn Wootton,<br><br>                                   Debtors. | Case No. 09-57389 ASW<br>Chapter 13<br><br>Date:  April 6, 2010<br>Time:  11:00 a.m.<br>Place: Courtroom 3070<br>           280 South First Street<br>           San Jose, California |

## REPLY TO OPPOSITION TO MOTION TO DISMISS OR CONVERT CASE FOR FAILURE TO PAY DOMESTIC SUPPORT OBLIGATIONS (11 U.S.C. §1307(c)(11))

Movant herein, Oxana Wootton, seeks dismissal of this case for cause under 11 U.S.C. section 1307(c)(11) because Mr. Wootton is *$20,271.38 in arrears post-petition* on court-ordered child support, child care expenses, and spousal support.  Dismissal is an appropriate remedy because it will keep Mr. Wootton from continuing to misuse Chapter 13 as a shield to avoid his responsibilities.

The basis for opposition is that Alan Wootton denies that there are any post-petition arrears.  This contention is false.  Examination of the areas of agreement and disagreement is illustrative:

A. <u>Uncontested Totals:</u>

The parties are in agreement on the following points:

| Item | Amount | Months Payable | Amount To Have Been Paid Through Hearing Date |
|---|---|---|---|
| Child Support | $1,700 per month | September, 2009 to current | $13,600 |

REPLY TO OPPOSITION                                                                                              Page 1

| Spousal Support | $746 per month | September, 2009, through January, 2009 | $ 3,730 |

The agreed total of child support and spousal support excluding child care costs is therefore $17,330.

B. <u>Disagreement Over Child Care Cost:</u>

The parties do not agree on the amount which Mr. Wootton owes for child care expenses. Mr. Wootton testifies at page 3, lines 21-23 of his declaration in opposition to the motion that he "was to pay" $1,260 per month in child care. This is consistent with his testimony at the October 19, 2009 section 341 Meeting of Creditors in which he acknowledged all of his obligations to Movant, including child care at $1,260 per month:

**DERHAM-BURK:** AND UH, IS YOUR SUPPORT $2,500 DOLLARS A MONTH?

**MR. WOOTTON:** NOT EXACTLY, NO.

**DERHAM-BURK:** HOW MUCH IS IT?

**MR. WOOTTON:** THE CHILD SUPPORT IS $1,700, SPOUSAL SUPPORT IS $746.

**DERHAM-BURK:** $746 FOR ALIMONY?

**MR.WOOTTON:** UH-HUM.

**DERHAM-BURK:** SO, THAT'S CLOSE.

**ALAN TUCKET:** CHILDCARE.

**MR. WOOTTON:** CHILDCARE.

**MR. WOOTTON:** THERE IS ALSO CHILDCARE.

**DERHAM-BURK:** OH, OKAY. SO THAT'S IN ADDITION TO THE $1,700 CHILD SUPPORT?

**MR. WOOTTON:** UM, HUM.

**DERHAM-BURK:** CAN YOU SAY YES?

**MR. WOOTTON:** YES.

REPLY TO OPPOSITION  Page 2

| | |
|---|---|
| 1 | **DERHAM-BURK:** OK, AND HOW MUCH IS THE CHILD |
| 2 | CARE? |
| 3 | **MR. WOOTTON:** $1,260. |
| 4 | **DERHAM-BURK:** $1,260 PER MONTH? SO, YOU ARE |
| 5 | PAYING OUT $1,700 FOR CHILD SUPPORT, $1,260 FOR |
| 6 | CHILD CARE AND $746 FOR ALIMONY. CORRECT? |
| 7 | **MR. WOOTTON:** YES. |

Mr. Wootton now offers that, based upon a self-conducted survey, he is "amenable" to paying $705 per month. He does not indicate whether he is seeking to have the child care amount he twice testified that he was to pay reduced retroactively. If that is the case then he would, through the hearing, owe 8 months post-petition at $705 or $5,640. Movant contends that Mr. Wootton owes the entire $1,260 monthly that he acknowledges he was to pay unless and until he gets a court order saying otherwise. That total owing is $1,260 x 8 months of $10,800.

C. <u>Payments Received</u>

Mr. Wootton contends that he paid $11,900 and then, when the instant motion was filed, wrote checks for a further $3,730 and $4,935 for a total of $20,565.

Movant acknowledges receipt of the two checks dated March 16, 2010, but has recorded post-petition payments of only $10,200 prior to that. The total paid appears to be only $18,865.

D. <u>Summary of Obligations and Payments</u>

Mr. Wootton claims that he paid $20,565 through March and is completely current based upon whatever relief he hopes to receive in June in Family Court.

Movant claims that Mr. Wootton has paid only $18,865 and is presently in arrears in the amount of not less than $8,545.

E. <u>Suggested For Continuance</u>

Obviously, the Court will be unable to determine whether the child care arrears can or will be reduced retroactively. Movant must reluctantly suggest continuance of

REPLY TO OPPOSITION Page 3

the matter to the Court's next Chapter 13 motion calendar.  Movant asks that the Court order that Mr. Wootton file and serve whatever pleadings he intends to assert in State Court by then.

Dated:  March 30, 2010                                          BINDER & MALTER, LLP


                                                                By:  Robert G. Harris
                                                                     Robert G. Harris
                                                                     Attorneys for Oxana Wootton

S:\Clients\Wootton, Oxana\Pleadings\Motion To Dismiss\Mtn. to Dismiss.REPLY BRIEF.wpd

**REPLY TO OPPOSITION** **Page 4**