HEINZ BINDER (#87908)
ROBERT G. HARRIS (#124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Alan T. And Wendy Lynn Wootton,<br><br>Debtors. | Case No. 09-57389 ASW<br>Chapter 13<br><br>Date: April 6, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>280 South First Street<br>San Jose, California |

I, Valynn Torres, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On March 30, 2010, I served a true and correct copy of the following document(s):

**1. REPLY TO OPPOSITION TO MOTION TO DISMISS OR CONVERT CASE FOR FAILURE TO PAY DOMESTIC SUPPORT OBLIGATIONS (11 U.S.C. §1307(c)(11))**.

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

<u>Attorney for Debtor</u>
Sam Taherian
Fuller Law Firm
60 N. Keeble Ave.
San Jose, CA 95126

CERTIFICATE OF SERVICE  Page 1

| | |
|---|---|
| 1 | U.S. Trustee<br>Office of the U.S. Trustee |
| 2 | U.S. Federal Building<br>280 S. First St. #268 |
| 3 | San Jose, CA 95113-3004 |
| 4 | Chapter 13 Trustee<br>Devin Durham-Burk |
| 5 | Chapter 13 Trustee<br>983 University Ave., Bldg. C, Suite 100 |
| 6 | Los Gatos, CA 95032 |
| 7 | Special Notice<br>GE Money Bank |
| 8 | c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120 |
| 9 | Miami, FL 33131-1605 |
| 10 | Oxana Wootton<br>5847 Randleswood Court |
| 11 | San Jose, CA 95129 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 30, 2010, at Santa Clara, California.

/s/  Valynn Torres
Valynn Torres