HEINZ BINDER (#87908)
ROBERT G. HARRIS (#124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Alan T. And Wendy Lynn Wootton,<br><br>　　　　　　　　　　　　　Debtors. | Case No. 09-57389 ASW<br>Chapter 13<br><br>Date: May 10, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 3070<br>　　　　280 South First Street<br>　　　　San Jose, California |

## NOTICE OF CONTINUED HEARING

TO CHAPTER 13 DEBTORS ALAN T. WOOTTON AND WENDY WOOTTON, THE CHAPTER 13 TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the hearing on the Motion to Dismiss or Convert Case for Failure to Pay Domestic Support Obligations (11 U.S.C. §1307(c)(11)(the "Motion") brought by creditor Oxana Wootton will be continued from April 6, 2010 at 2:00 p.m. to May 10, 2010 at 2:00 p.m. before the Honorable Judge Weissbrodt.

Dated:  April 2, 2010　　　　　　　　　　　　　BINDER & MALTER, LLP


　　　　　　　　　　　　　　　　　　　　　　　By:/s/  Robert G. Harris
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert G. Harris

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Oxana Wootton

NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS　　　　　　　　　　　　　Page 1