

**IT IS SO ORDERED.
Signed April 09, 2010**

**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ALAN T WOOTTON | Case No. 09-57389 ASW |
| WENDY L. WOOTTON | **PAYMENT ORDER** |
| Debtors | |

A Pre-Hearing Conference was held in the above referenced case on Apr 06, 2010 at 2:00 pm. The Court issued the following PAYMENT ORDER:

The case is dismissed with a stay through Apr 26, 2010 for the Debtors to make a payment to the Trustee in the amount of $700.00. If the Debtors comply with the above Payment Order, the Pre-Hearing Conference will be continued to May 10, 2010 at 2:00 pm.

If the Debtors fails to make the payment by 4:00 P.M. on Apr 26, 2010, an order dismissing the case will be entered. SO ORDERED

\* \* \* END OF ORDER \* \* \*

**\*\*\* IMPORTANT NOTICE TO DEBTORS: CALL YOUR ATTORNEY IMMEDIATELY IF YOU HAVE ONE. YOUR CASE WILL BE DISMISSED IF THE PAYMENT IS NOT MADE BY THE DEADLINE. \*\*\***

## COURT SERVICE LIST

Case Name:  ALAN T WOOTTON               Case No.:  09-57389 ASW
            WENDY L. WOOTTON


ALAN T WOOTTON
WENDY L. WOOTTON
6075 PASO LOS CERRITOS
SAN JOSE, CA  95120


THE FULLER LAW FIRM
60 N KEEBLE AVE
SAN JOSE, CA  95126