```
CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555

ATTORNEYS FOR MOVING PARTY
OXANNA WOOTTON
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| In Re: | Case No: 09-57389 ASW |
| Alan T. and Wendy Lynn Wootton, | Chapter 13 |
| Debtors. | APPLICATION FOR EX PARTE ORDER SHORTENING NOTICE TIME ON OXANNA WOOTTON'S MOTION FOR ORDER ON RELIEF FROM AUTOMATIC STAY TO LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA SUPERIOR COURT, FAMILY DIVISION [AND] MOTION FOR AN ORDER TO ALLOW SANTA CLARA SUPERIOR COURT, FAMILY DIVISION THE RIGHT TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM INC.'S STOCK |

I Kari L. Silva declare as follows:

1. I am an attorney with the law firm Campeau Goodsell Smith who represents Oxana Wootton (hereinafter "moving party") a creditor and former spouse of the Debtor Alan T. Wootton.

2. It is necessary that the hearing for 1] an Order for relief from the automatic stay to litigate a family support issue (attached hereto as Exhibit A) and 2] a motion for an Order to allow Santa Clara County Family Court the authority to impound and dispense funds received from

PLAYDOM Inc.'s stock (attached hereto as Exhibit B) take place on shorten time and if possible no later then August 15, 2010 for the following reasons:

a. Documents show that Debtor, Alan Wootton, has received a substantial amount of cash from a sale of stock that was obtained pre-petition but was not listed in his bankruptcy schedules. Debtor testified at the 341 hearing that he did not own any such stock. Debtors have already used the money to purchase a new vehicle and to purchase other goods. If the motion is not heard on shortened time Debtor will spend all the proceeds from the sale of stock and there is no guarantee that Debtor will have the funds available in the future to satisfy his support obligations to Moving Party, in fact he has not had the funds necessary to make support payments for the past three years.

b. Further, there is a dispute that needs to be immediately resolved in Superior Court of California, Santa Clara, Family Division relating to the amount owed by Debtor, Alan Wootton for post-petition arrears, his pre-petition arrears. With the money now received by Debtor, a hearing on these issues should be heard as soon as possible.

3. Debtor's family law attorney was provided with a request over a week ago that these funds be placed in trust and a response was requested by September 7, 2010. To date, there has not been a response to Moving Party's request.

4. Debtor's bankruptcy attorney has received notice of the two stated motions through ECF filing. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed 10th day of September in San Jose, California.

Campeau Goodsell Smith, LC

*/s/: Kari L. Silva*_____
Kari L. Silva
Attorneys for Oxanna Wooton