CAMPEAU GOODSELL SMITH
SCOTT L. GOODSELL, # 122223
KARI SILVA ESQ., BAR #257033
440 North 1st Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.295.6606
ksilva@campeaulaw.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br>Alan T. and Wendy Lynn Wootton<br>Debtors. | Case No: 09-57389 ASW<br>Chapter 13<br>**CERTIFICATE OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail.

I caused to be served the following on September 10, 2010:

1. Motion for Relief from the Automatic Stay To Allow Santa Clara Superior Court, Family Division the Right to Impound and Distribute the Funds Earned From the Sale of Playsom Inc.'s Stock
2. Declaration of Oxana Wotton in Support of Motion for Relief from the Automatic Stay To Allow Santa Clara Superior Court, Family Division the Right to Impound and Distribute the Funds Earned From the Sale of Playsom Inc.'s Stock
3. Motion for Relief from the Automatic Stay To Litigate the terms of support in the Santa Clara Superior Court, Family Division
4. Declaration of Oxana Wottoon in Support of Motion for Relief from the Automatic Stay To Litigate the terms of support in the Santa Clara Superior Court, Family Division

_____ **If MAILED VIA U.S. MAIL**, said copies were placed in envelopes which

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

| | |
|---|---|
| 1 | were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the U.S. Postal Service at San Jose, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed. |

\_\_\_\_ **If VIA FEDERAL EXPRESS**: I served the above-named document[s] on the party[ies] named below, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed below.

\_\_X\_\_ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

\_\_\_\_ **If VIA HAND DELIVERY:** I caused the document[s] to be delivered by hand to the office of the addressee.

| | |
|---|---|
| Office of the US Trustee<br>USTPRegion17.SJ0ECF@usdoj.gov<br><br>Devin Derham-Burk<br>ctdocs@ch13sj.com | Lars Fuller<br>Fullerlawfirmecf@aol.com,<br>Larsfullerecf@aol.com<br>Saman Taherian<br>Fullerlawfirmecf@aol.com<br>Samanjd@hotmail.com |

I declare that I am a member of the Bar of this Court and that this declaration was executed on September 10, 2010 in San Jose, California.

             /s/: Kari L. Silva