| | |
|---|---|
| 1 | CAMPEAU GOODSELL SMITH, L.C. |
| | SCOTT L. GOODSELL, 122223 |
| 2 | KARI L. SILVA, #257033 |
| | 440 N. 1st Street, Suite 100 |
| 3 | San Jose, California  95112 |
| | Telephone:  (408) 295-9555 |
| 4 | |
| | ATTORNEYS FOR |
| 5 | Interested Party Oxanna Wootton |

UNITED STATES BANKRUPCTY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

Alan T. and Wendy Lynn Wootton

Debtors.

)  CHAPTER 11
)  Case No: 09-57389 ASW
)
)  Date:       September 22, 2010
)  Time:       2:15 p.m.
)  Location:   United States Bankruptcy
)              Court, 280 South First St.,
)              San Jose, CA
)              Courtroom: 3035
)  Judge:      Hon. Arthur Weissbrodt

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

**TO: DEBTORS ALAN T. AND WENDY LYNN WOOTTON, AND THEIR ATTORNEY OF RECORD, TO THE CREDITORS OF THIS BANKRUPTCY ESTATE AND TO THE UNITED STATES TRUSTEE**

PLEASE TAKE NOTICE that on **September 22, 2010, at 2:10 a.m**., before the Honorable Arthur Weissbrodt, United States Bankruptcy Judge, at **280 First Street, Courtroom 3035, San Jose, California** Oxanna Wootton an interested party in the above stated case, hereby will and does move the above title court for an order granting relief from automatic stay based on 11 U.S.C. §362(d)(1) and the stay provided by 4001 (a)(3) authorizing Oxanna Wootton to immediately proceed in the family court to litigate the terms of support obligations in the Santa Clara Superior Court, Family Division

1

and a Motion for an Order allowing Santa Clara Superior Court, Family Division the right to impound and distribute the funds earned from the sale of Playdom Inc.'s stock. (the "Property").

The Motion's for Relief from the Automatic Stay ("Motions") are made and based on 11 U.S.C §362 (d)(1), and upon the grounds that are shown more fully in the enclosed Declarations of Oxanna Wootton.

YOU ARE FURTHER NOTIFIED All oppositions to the motions shall be filed and served by September 20, 2010 and faxed to chambers at 408-278-7530.

Dated: September 17, 2010  Respectfully Submitted,

CAMPEAU GOODSELL SMITH

By: /s/: Kari L. Silva
    Kari L. Silva
    Attorneys for Oxanna Wootton