CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR MOVING PARTY
OXANNA WOOTTON

The following constitutes the
Order of the Court, Signed 9/17 2010

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

In Re:

Alan T. and Wendy Lynn Wootton,

    Debtors.

Case No: 09-57389 ASW

Chapter 13

ORDER GRANTING APPLICATION FOR EX PARTE ORDER SHORTENING NOTICE TIME ON OXANNA WOOTTON'S MOTION FOR ORDER ON RELIEF FROM AUTOMATIC STAY TO LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA SUPERIOR COURT, FAMILY DIVISION [AND] MOTION FOR AN ORDER TO ALLOW SANTA CLARA SUPERIOR COURT, FAMILY DIVISION THE RIGHT TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM INC.'S STOCK

The Court having considered the APPLICATION FOR EX PARTE ORDER SHORTENING NOTICE TIME ON OXANNA WOOTTON'S MOTION FOR ORDER ON RELIEF FROM AUTOMATIC STAY TO LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA SUPERIOR COURT, FAMILY DIVISION [AND] MOTION FOR AN ORDER TO ALLOW SANTA CLARA SUPERIOR COURT, FAMILY DIVISION THE RIGHT TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM INC.'S STOCK., of

Oxanna Wootton an interested party herein, and good cause appearing therefore.

IT IS HEREBY ORDERED that:

1. The Ex Parte Application is Granted;

2. A hearing on the two motions will be heard on shortened time on ~~or before Thursday September 16, 2010, and~~ 9/22 at 2:15 PM. /OW/

3. ~~The hearing date will be on ____ at ____.~~

Any (w)ritten (o)pp(osition) shall be filed + served by

*** End of Order***

9/20/10 and faxed to chambers at 406 278-7530.

/OW/

ORDER GRANTING APPLICATION FOR EXPARTE ORDER SHORTENING NOTICE TIME

Case: 09-57389   Doc# 43-1   Filed: 09/17/10   Entered: 09/20/10 13:05:43   Page 2 of 3
Case: 09-57389   Doc# 39-1   Filed: 09/14/10   Entered: 09/14/10 19:59:32   Page 2 of 3

3

Court Service List

**United States Trustee**
Office of the US Trustee
San Francisco Divisional Office
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

**Chapter 13 Trustee**
Devin Derham-Burk
PO Box 50013
San Jose, CA 95150

**Debtor's Counsel**
Lars T. Fuller
Saman Taherian
The Fuller Law Firm
60 N. Keeble Ave.
San Jose, CA 95126

**Debtor**
Alan and Wendy Wootton
6075 Paso Los Cerritos
San Jose, CA 95120

**Counsel for Interested Party**
Scott Goodsell
Kari Silva
Campeau Goodsell Smith
440 North First St., Ste 100
San Jose, CA 95112