In re: Alen T. Wootton & Wendy L. Wootton
BK Case No.: 09-57389-ASW

# CERTIFICATE OF SERVICE

      I, Elizabeth A. Finkler, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

      1)     **Pre-Hearing Conference Statement**

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 20, 2010 at San Jose, California.



        /s/ Elizabeth A. Finkler

**ELECTRONIC SERVICE LIST:**

U.S. Trustee, 280 South First Street, Suite 268, San Jose, CA 95113
Devin Derham-Burk, P.O. Box 50013, San Jose, CA 95150-0013

**FAX SERVICE LIST:**

**E-MAIL SERVICE LIST:**

**MAIL SERVICE LIST:**

Oxana Wootton
c/o Campeau Goodsell Smith, L.C.
440 North 1st Street, Suite 100
San Jose, CA 95112

Oxana Wootton
c/o Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050