LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ALAN T. WOOTTON<br><br>WENDY L. WOOTTON<br>    Debtor(s) | CASE No. 09-57389-ASW<br><br>Chapter 13<br><br>**DECLARATION REGARDING SALE OF STOCK** |

I, ALAN T. WOOTTON declare and say:

1. I am one of the debtors herein.
2. On or about August 31, 2010 Playdom.com, a startup in which I was employed, was taken over by Disney, Inc.
3. As part of the takeover, the vested portion of my stock in Playdom.com was converted into cash by Disney.
4. The gross cash amount was $136,004.39.
5. Of this amount, $4,000 was deducted, without my control, and placed into a 401(k) account.
6. The balance of the funds was partly used.

7. Attached hereto is a true and correct spreadsheet indicating how the funds were disbursed.
8. The balance of the funds was deposited into the Fuller Law Firm, PC trust account.

I declare under penalty of perjury under the laws of the United States that I have personal knowledge of the foregoing and that the same is true and correct, and that if called upon, I would, and could competently and truthfully testify to same.

Executed in San Jose, California on December 3, 2010.

      /s/ Alan T. Wootton
      Alan T. Wootton

FULLER LAW FIRM
60 N. KEEBLE AVE
SAN JOSE, CA 95125