CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, 122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555

ATTORNEYS FOR
Interested Party Oxana Wootton

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| In re:<br><br>Alan T. and Wendy Lynn Wootton<br><br>Debtors. | CHAPTER 13<br><br>Case No: 09-57389 ASW |

## NOTICE OF CHANGE OF ADDRESS FOR OXANA WOOTTON

PLEASE TAKE NOTICE that the address of Oxana Wootton, Creditor in the above stated

bankruptcy proceeding has an address change.  All future correspondence and mailings should be sent

to the new address listed below:


Prior Address:

Oxana Wootton
7178 Rainbow Dr.
San Jose, CA 95129-4532

1

1    New Address:

2         Oxana Wootton
          5847 Randlewood Ct.
3         San Jose, CA 95129

4

5

6    Dated: December 8, 2010                    Respectfully Submitted,

7                                               CAMPEAU GOODSELL SMITH

8                                               By:  /s/: Kari L. Silva_____
9                                               Kari L. Silva
                                                Attorneys for Oxana Wootton
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28