```
1    Lars T. Fuller (Bar No.141270)
     Sam Taherian (Bar No. 170953)
2    THE FULLER LAW FIRM, P.C.
     60 No. Keeble Ave.
3    San Jose, A 95126
     Telephone: (408) 295-5595
4    Facsimile:  (408) 295-9852

5    Attorney for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT CALIFORNIA
# SAN JOSE DIVISION

| In re: | Case No.: 09-57389-ASW |
|---|---|
| ALAN T. WOOTTON | CHAPTER 13 |
| WENDY L. WOOTTON | PRE-HEARING CONFERENCE STATEMENT |
| Debtor(s) | Hearing Date: February 8, 2011<br>Time: 1:45<br>Courtroom: 3020<br>Judge: Hon. Weissbrodt |

COME NOW DEBTORS and pursuant to the Objection to Confirmation issued by Trustee and Oxana Wootton respond as follows:

1. <u>Date Objection Filed:</u>

   Trustee:   October 15, 2009; November 16, 2009 (First-Amended); February 4, 2010 (Second-Amended)
   Oxana Wootton: October 19, 2009

2. <u>Date of Initial Conference and Subsequent Conf</u>.

   Trustee:   None; debtors will comply
   Oxana Wootton:  November 2009, December 2009, March 2010

3. <u>Statement of Legal and Factual Issue</u>

The undersigned counsel has been substituted out of the case. New counsel will be filing a substitution of attorney.

4. <u>Discovery</u>. Unknown.

5. <u>Request</u>. Unknown

Debtors request a 90 day continuance.

Dated: February 7, 2011

                                            THE FULLER LAW FIRM, P.C.

                                            By: <u>/s/ Sam Taherian</u>
                                                SAM TAHERIAN
                                            Attorney for Debtor(s)