1  Brooke L. Miller (CA Bar 266065)
   MILLER LEGAL SERVICES
2  158 Shrader St., #3
   San Francisco, CA 94117
3  (415) 870-8815
   (415) 592-8846
4
   Attorney for Debtors
5
6                    UNITED STATES BANKRUPTCY COURT
7                　 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              SAN JOSE DIVISION
9  In re                                    Case No. 09-57389-asw
10 ALAN T. WOOTTON and                      Chapter 13
   WENDY L. WOOTTON,
11                                          SUBSTITUTION OF COUNSEL
12                  Debtors.
13
14
15     Debtors ALAN T. WOOTTON and WENDY L. WOOTTON hereby substitute Miller
16 Legal Services instead of the Fuller Law Firm as their attorney of record in this proceeding.
17 Date: February 5, 2011                   _____
                                            Alan T. Wootton
18
19                                          _____
20                                          Wendy L. Wootton
21 I accept the substitution.
                                            _____
22                                          Brooke L. Miller
                                            Miller Legal Services
23
24 I acknowledge the Substitution.
                                            _____
25                                          Sam Taherian
                                            The Fuller Law Firm
26
27
28
                                            1
                              SUBSTITUTION OF ATTORNEY