UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**ALAN T. WOOTTON AND WENDY L. WOOTTON,**

Debtors.

Case No. 09-57389

Chapter 13

**ORDER REDUCING ATTORNEYS' FEES AS SANCTIONS FOR FILING LATE PREHEARING STATEMENT**

This matter came before the court on February 8, 2011 for a prehearing conference. It appears that counsel for the debtors failed to file a timely prehearing statement pursuant to the Order Establishing Procedures for Objection to Confirmation.

Good cause appearing, the attorneys' fees payable to debtors' counsel by the Chapter 13 Trustee shall be reduced by $100 for failure to file a timely prehearing statement. Sanctions shall also be imposed for any future failure to file a timely prehearing statement.

IT IS SO ORDERED.

Dated: 2/14/11

Arthur S. Weissbrodt
United States Bankruptcy Judge

* * * END OF ORDER * * *

1

## SERVICE LIST

Debtor
Alan T. Wootton
Wendy L. Wootton
6075 Paso Los Cerritos
San Jose, CA 95120

Debtors' Counsel
Lars T. Fuller
The Fuller Law Firm
60 N. Keeble Ave.
San Jose, CA 95126

Trustee
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

2

ORDER REDUCING ATTORNEYS' FEES                                          CASE# 09-57389-ASW
Case: 09-57389    Doc# 60    Filed: 02/14/11    Entered: 02/15/11 13:00:58    Page 2 of 2