Entered on Docket
March 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

Attorneys for Moving Party
Oxana Wootton

The following constitutes the Order of the Court. Signed ______________ 20 ___

Not signed, w/o prejudice.

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

① See Att. "A" And ② Counsel for Oxana Wootten should work with Counsel for Debtors on appropriate dates for document production and the Examination. Second, some of the document requests seem very broad (every purchase over #250, for example). (what years does request 10 apply to?)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

In Re:

Alan T. and Wendy Lynn Wootton,

Debtors.

Case No: 09-57389 ASW

Chapter 13

ORDER DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION UNDER BANKRUPTCY RULE 2004

[ No Hearing Required Under L.B.R. 2004-1

Upon consideration of the motion of Oxana Wootton ("Wootton") for an Order Directing Production of Documents and Examination Under Bankruptcy Rule 2004 (the "Motion"); and the Court having reviewed the Motion, the Memorandum of Points and Authorities in support thereof, the exhibits referenced therein, the record in this case, the Court finds that notice of the Motion complied with Local Bankruptcy Rule 2004, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

ASW 3/11/11

1. The Motion is granted.

2. Alan T. Wootton shall produce the Requested Documents in Exhibit 1, which is attached hereto, on or **before 5:00 p.m.** (prevailing Pacific Time) on **April 11, 2011** at the offices of Campeau Goodsell Smith, LC, 440 North First St., Suite 100, San Jose, CA 95112.

3. Alan T. Wootton shall appear for examination by Oxana Wootton on **April 15, 2011** at the offices of Campeau Goodsell Smith, LC, 440 North First St., Suite 100, San Jose, CA 95112, commencing **at 9:30 a.m**.

4. Wootton is hereby authorized to issue and/or use subpoenas and/or other compulsory process, as is necessary, in furtherance of the terms of this Order.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

*** END OF ORDER***

Attachment A

If the requesting party wants copies of originals, she should arrange to have the copies made at a commercial copy store and have the originals returned to the examinee. The requesting party should pay for the copies before the copies are delivered to the store.

## COURT SERVICE LIST

**Alan T. Wootton**
6075 Paso Los Cerritos
San Jose, CA 95120

**Wendy Lynn Wootton**
6075 Paso Los Cerritos
San Jose, CA 95120

**Brooke Miller, Esq.**
Miller Legal Services
158 Shrader St Apt 3
San Francisco, CA 94117

**Office of the United States Trustee**
280 South First Street
Room 268
San Jose, CA 95113

**Devon Durham-Burk**
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150

**Kari L. Silva, Esq.**
Campeau Goodsell Smith
440 North First St., Ste 100
San Jose, CA 95112

Case: 09-57389 Doc# 64 Filed: 03/11/11 Entered: 03/16/11 12:26:18 Page 4 of 4