Brooke L. Miller (CA Bar 266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

ALAN T. WOOTTON and
WENDY L. WOOTTON,

Debtors.

Case No. 09-57389-asw

Chapter 13

**STIPULATION TO TRANSFER FUNDS EARNED FROM THE SALE OF PLAYDOM, INC. STOCK HELD IN TRUST BY FORMER ATTORNEY TO NEW ATTORNEY'S TRUST ACCOUNT**

(No hearing required)

Counsel for Alan T. Wootton and Wendy L. Wootton (the "Debtors") and Counsel for Oxana Wootton ("Interested Party") hereby stipulate to transferring the funds earned from the sale of Playdom, Inc. stock from the trust account of Former Attorney, Saman Taherian of the Fuller Law Firm, to the attorney trust account of Debtor's new attorney Brooke L. Miller of Miller Legal Services ("MLS"). The trust account is held at US Bank with a branch located in San Francisco, CA.

RECITALS

A. On August 31, 2009, the Debtors filed this case. The Debtors were represented by the Fuller Law Firm (the "Former Attorney"). Devin Derham-Burk is the Trustee.

B. On November 5, 2010, Debtors deposited with Former Attorney $94,941.90 (the "Funds"), which were placed in the Former Attorney's trust account pursuant to a court order entered on November 9, 2010.

C. On February 5, 2011, the Debtors terminated Former Attorney and hired MLS to

1
**STIPULATION TO TRANSFER FUNDS**

represent them in this case.

    D.    The Debtors wish to have the Funds transferred from Former Attorney to MLS to be placed in MLS' trust account.

    E.    Counsel for Interested Party, Campeau Goodsell Smith, has no objection to such transfer.

THEREFORE, the parties stipulate to the transfer of the Funds from Former Attorney to MLS pursuant to the Stipulated Order filed herewith.

Dated: March 16, 2011                  CAMPEAU GOODSELL SMITH

                                              /s/ Kari Silva
                                             Kari Silva
                                             Attorneys for Interested Party Oxana Wootton

Dated: March 15, 2011                    MILLER LEGAL SERVICES

                                              /s/ Brooke L. Miller
                                             Brooke L. Miller
                                             Attorney for Debtors Alan T. Wootton and Wendy L. Wootton

2
STIPULATION TO TRANSFER FUNDS
Case: 09-57389   Doc# 65   Filed: 03/17/11   Entered: 03/17/11 15:41:03   Page 2 of 3

**COURT SERVICE LIST**

**Devin Derham-Burk**
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150

**Office of the US Trustee**
280 S. First St., Rm. 268
San Jose, CA 95113

**Oxana Wootton**
7178 Rainbow Dr.
San Jose, CA 95129-4532

3
**STIPULATION TO TRANSFER FUNDS**