Brooke L. Miller (CA Bar 266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

**IT IS SO ORDERED.**
**Signed March 22, 2011**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-57389-asw |
| ALAN T. WOOTTON and WENDY L. WOOTTON, | Chapter 13 |
| Debtors. | **STIPULATED ORDER TO TRANSFER FUNDS EARNED FROM THE SALE OF PLAYDOM, INC. STOCK HELD IN TRUST BY FORMER ATTORNEY TO NEW ATTORNEY'S TRUST ACCOUNT** |
| | (No hearing required) |

Based on the parties' stipulation, and good cause showing,

IT IS ORDERED that:

1.  The Fuller Law Firm (the "Former Attorney") shall transfer $94,941.90 (the "Funds") to Miller Legal Services ("MLS") within five (5) business days from the date of this Order;

2.  MLS shall place the Funds in its trust account within one (1) business day of receipt of the Funds from Former Attorney;

3.  MLS will provide written notice to Campeau Goodsell Smith, counsel for Interested Party Oxana Wootton, that the Funds have been so deposited within one (1) business day of the deposit; and

4.  The Funds may not be released without a further order by this Court.

** END OF ORDER **

1
**STIPULATED ORDER TO TRANSFER FUNDS**

## COURT SERVICE LIST

**Devin Derham-Burk**
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150

**Office of the US Trustee**
280 S. First St., Rm. 268
San Jose, CA 95113

**Oxana Wootton**
7178 Rainbow Dr.
San Jose, CA 95129-4532