Brooke L. Miller (CA Bar 266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re. | Case No. 09-57389-ASW |
| ALAN T. and WENDY L. WOOTTON, | Chapter 13 |
| Debtors. | **PRE-HEARING CONFERENCE STATEMENT** |

Hearing Date:     April 5, 2011
Time:              1:45pm
Courtroom:         3020
Judge:              Hon. Weissbrodt

COME NOW DEBTORS and pursuant to the Objection to Confirmation issued by Trustee Devin Derham-Burk and Interested Party Oxana Wootton respond as follows:

      1.     Date Objection Filed

      Trustee:  October 15, 2009; November 16, 2009 (First Amended); February 4, 2010 (Second Amended).

      Oxana Wootton:  October 19, 2009.

      2.     Date of Initial Conference and Subsequent Conferences

      Trustee:  None – debtors will comply.

      Oxana Wootton:  November 2009; December 2009; March 2010.

1
**Pre-Hearing Conference Statement for April 5, 2011**

3. Statement of Legal and Factual Issues

**Trustee:** The Trustee objects to confirmation of debtors' plan on the grounds that: (1) the Trustee requests the appropriate schedules be amended and proper notice given to Martin Hess; and (2) Debtors' pro-tanto plan with a pot amount of $42,000.00 is not enough to cover secured and priority claims, attorney and Trustee fees.

With respect to the first point of Trustee's objection, Debtors amended their Schedule F on March 17, 2010 to include Martin Hess. Proper notice was given.

With respect to the second point of Trustee's objection, any possible plan deficiency is directly caused by the priority claims of Oxana Wootton, who has filed two proofs of claim for certain support arrears. Debtors and counsel believe the claims are excessive. Counsel's on-going analysis of payment history and the family court orders underlying the claims will likely result in the filing of objections to both proofs of claim. Counsel intends to file the objections shortly. Also, Debtors intend to file an amended plan.

**Oxana Wootton:** Oxana Wootton, Debtor Alan Wootton's former wife, objects to confirmation of Debtors' plan on the grounds that: (1) the petition was not filed in good faith as the primary purpose of filing appears to have been to avoid the effect of the orders of the Family Court; (2) Debtor Alan Wootton has failed to pay since the filing of the bankruptcy petition the domestic support obligations owing pursuant to the November 9, 2007 Judgment for Dissolution from Santa Clara County Superior Court; and (3) the proposed plan is insufficient as to pay all amounts due to pre-petition priority claims.

Debtors categorically reject the first and second points of Oxana Wootton's objection. With respect to the second point, Debtors have paid all post-petition support obligations in full, and Counsel for Debtors provided proof of payments to Counsel for Oxana Wootton via e-mail on March 18, 2011. With respect to all the points, Debtors and their counsel are working to determine the true amount of support arrears owed to Oxana Wootton. Debtors anticipate that the objections and amended plan they intend to file will resolve the objection points made by Oxana Wootton.

//

Pre-Hearing Conference Statement for April 5, 2011

Case: 09-57389    Doc# 69    Filed: 03/22/11    Entered: 03/22/11 18:56:48    Page 2 of 3

1    4.    Discovery

2         Counsel for Oxana Wootton has filed a Motion for Order Directing Production of

3    Documents and Examination under Bankruptcy Rule 2004.  The Court directed Counsel for

4    Oxana Wootton to work with Debtors' Counsel to arrange the appropriate dates for production

5    and examination.  On March 22, 2011, both attorneys began discussions via e-mail to make such

6    arrangements.  The arrangements are expected to be completed by March 23, 2011.

7    5.    Request

8         Given Debtors' intention to file objections to certain proofs of claim and an

9    amended plan, Debtors request a 60 day continuance to completely assess the payment history of

10   Debtor Alan Wootton's support obligations to Oxana Wootton and to allow for any necessary

11   review of amended documents and objections by the Trustee.

12

13   Dated:  March 22, 2011                    MILLER LEGAL SERVICES

14

15    _/s/ Brooke L. Miller_____
      Brooke L. Miller

16    Attorney for Debtors Alan T. Wootton and
      Wendy L. Wootton

17

18

19

20

21

22

23

24

25

26

27

28