Brooke L. Miller (CA Bar #266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
brookelmiller@gmail.com
v (415) 810-8815
f (415) 592-8846
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re                                                   Chapter 13
                                                        Case No. 09-57389-ASW
    ALAN T. WOOTTON,
    WENDY L. WOOTTON                        APPLICATION FOR COMPENSATION;
                                                        DECLARATION

Debtors_____/

1.    Debtors' attorney, Brooke L. Miller, requests the approval of attorney's fees in the sum of $4,250.00 pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 cases (San Jose Division).  Of the sum requested, the amount of $800.00 has been previously paid to Debtors' attorney.

2.    In addition to the basic case, the Debtors' case involves:
    ___ Real property claims
    ___ Compromise plan use
    ___ Certain additional real property: ___ piece(s)
    _X_ State or federal tax claims
    ___ Vehicle loans or leases
    ___ An operating business
    _X_ Support arrears
    ___ Student loans
    ___ 25 or more creditors
    ___ Motion to commence or extend the automatic stay.

3.    A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtors and their attorney, has been filed with the Court.

4.    All fees are subject to Court approval, whether paid in advance or through the plan.

    I, the undersigned, declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Dated: 2/23/2011                              /s/ Brooke L. Miller_____
                                                      Attorney for Debtors

Rev. 6/06