# EXHIBIT A

August 6, 2010 e-mail from Alan Wootton to Oxana Wootton

From: Alan Wootton <alex_woods66@yahoo.com>
Subject: Re: Playdom news
Date: Fri, 6 Aug 2010 15:57:28 -0700
To: Oxana Wootton oxananonurgent@gmail.com

Ok, totally back of the envelop. Don't hold me to any of this because it might not happen. You are very good at not answering questions while asking more. However I am advised by my lawyer, my therapist (and we should do that), my pastor, and my mother to give more than I take and to not create an atmosphere of confrontation.

I am expecting something like $80,000 after taxes in something like 6 weeks. I would like to move, I would like to settle my bill with you. I would like to fix the AC in my car. It would be nice to have money again. I could pay Jimmy's dentist.
I know I have to 'go first' so I have, you are always like that. I expect that I will have to go first when it comes to having the family court rule on my arrears. My first priority is to pay you and not worry about that anymore.

Now, your turn. I asked some questions. Please answer them. What does your BK lawyer say?

Cheers – a

## EXHIBIT B

November 5, 2010 deposit record of The Fuller Law Firm

7

DECLARATION OF BROOKE L. MILLER, OPPOSITION TO 2004 MOTION – Case No. 09-57389

Case: 09-57389    Doc# 85-1    Filed: 04/07/11    Entered: 04/07/11 14:28:55    Page 3 of 6



PostngDate: 20101105
AccountNum:
Serial:
Amount: 94,941.90
DIN (Posting Reference # or Seq #):



PostngDate: 20101105
AccountNum:
Serial:
Amount: 94,941.90
DIN (Posting Reference # or Seq #):

# EXHIBIT C

Notice of Deposit of Transferred Funds, March 27, 2011

Miller Legal Services
158 Shrader St., #3, San Francisco, CA 94117
www.millerlegalservices.com
brookelmiller@gmail.com
v(415) 810-8815
f(415) 592-8846

March 27, 2011

Sent via e-mail only

Kari Silva
Campeau Goodsell Smith
440 N. 1st St., Ste. 100
San Jose, CA 95112

Re: **Case No. 09-57389, In re Wootton**
**Notice of Deposit of Transferred Funds**

Dear Ms. Silva,

Pursuant to the "Stipulated Order to Transfer Funds from the Sale of Playdom, Inc. Stock Held in Trust by Former Attorney to New Attorney's Trust Account," signed March 22, 2011, I am providing you with written notice that I have received the funds in question from The Fuller Law Firm, a check for which was mailed to me on March 23, 2011. Directly after receiving the check on March 25, 2011, I deposited the funds in the client trust account of Miller Legal Services at US Bank.

Sincerely,

/s/ Brooke L. Miller

Brooke L. Miller, Attorney
Miller Legal Services

cc: Alan and Wendy Wootton by e-mail