1
2
3
**EXHIBIT E**

September 24, 2010 e-mail from Oxana Wootton to Alan Wootton
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF BROOKE L. MILLER, OPPOSITION TO 2004 MOTION – Case No. 09-57389

Case: 09-57389    Doc# 85-3    Filed: 04/07/11    Entered: 04/07/11 14:28:55    Page 1 of 5

**From:** Oxana Wootton (oxananonurgent@gmail.com)
**To:** alex_woods66@yahoo.com;
**Date:** Fri, September 24, 2010 4:37:33 PM
**Cc:** wendywootton77@yahoo.com;
**Subject:** Re: you ruining my future

Alan,

Despite its childish tone I am going to respond to your recent email.
If you read nothing else, read the final paragraphs. They contain a
stern warning. I am copying Wendy, because this concerns a parenting
issue and her cooperation is essential.

You wrote:

"You are very fond of saying 'alan makes $160,000/year and so he is
rich and he should pay for things'. What you are not taking into
account is that I pay $700/mo for bk and I have been paying $1700 +
$900 every month. The total is $3300/month that I don't get. Since I
am basically paying 40% in taxes that comes out to $5500/ month before
taxes, or $66,000/year. So, I am really making $160,000 - $66,000 =
$94,000. And you are making $120,000 + $66,000 = $186,000/year. How is
that fair?"

I often wonder why you feel a need to tell such elaborate lies to
someone who knows the truth. That paragraph proves to me that you
either can't do math or you are deliberately distorting the truth.
Which is it?

Let's look at the facts. Before the Disney deal, your salary was
$13,600 per month. That's a gross yearly of $163,200. From January
through August of this year you also earned $13,000 in cash bonuses,
plus a "gift card" worth $164. So we're up to $176,364 for this year
– not including, of course, the $136,000 you received for your PlayDom
stock options when the Disney deal closed. That makes the total gross
$312, 364. But that doesn't include your post-Disney raise or
retention bonuses.

I know all of this because I have your paystubs.

I make very close to $115,000 per year gross, so I start off way
behind you in earning power. By some very twisted math, you claim
that I take an additional $66,000 out of your paycheck each year. But
you know what? I have a bank record of every check you have ever sent
me. From the date of our divorce settlement in September 2007 until
today, those checks total $69,606 – over three years. That averages
out to $1881 per month.

Case: 09-57389    Doc# 85-3    Filed: 04/07/11    Entered: 04/07/11 14:28:55    Page 2 of 5

**EXHIBIT F**

E-mail exchange regarding Kari Silva's 4/5/11 court appearance,
from April 4, 2011 to April 5, 2011

**DECLARATION OF BROOKE L. MILLER, OPPOSITION TO 2004 MOTION – Case No. 09-57389**

Case: 09-57389    Doc# 85-3    Filed: 04/07/11    Entered: 04/07/11 14:28:55    Page 3 of
5

## Brooke L. Miller

**From:** "Kari Silva" <ksilva@campeaulaw.com>
**To:** "'Brooke L. Miller'" <brookelmiller@gmail.com>
**Sent:** Tuesday, April 05, 2011 9:32 AM
**Subject:** RE: In re Wootton – Cont'd Confirmation Hearing 4/5/11

Brooke:

As a general rule I always make an appearance at these hearings and I will make an appearance today.

Sincerely,


**Kari L. Silva, Esq.**
CAMPEAU GOODSELL SMITH, LC
440 North 1st Street, Ste. 100
San Jose, California 95112
Tel: 408.295.9555, ext. 103
Fax: 408.295.6606
ksilva@campeaulaw.com

PRIVILEGED AND CONFIDENTIAL: The information contained in this e-mail and any attached documents are confidential, and may be an attorney-client communication subject to the attorney-client or work product privilege. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, any review, disclosure, copying, distribution, or use of the contents of this e-mail or any attached document is strictly prohibited. If you have received this e-mail in error, please destroy it and notify the sender immediately by telephone (408.295.9555) or e-mail.

IRS CIRCULAR 230 NOTICE: Any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any matter or transaction addressed herein.


**From:** Brooke L. Miller [mailto:brookelmiller@gmail.com]
**Sent:** Tuesday, April 05, 2011 8:54 AM
**To:** Kari Silva
**Subject:** Re: In re Wootton – Cont'd Confirmation Hearing 4/5/11

Good morning Kari,

Thanks for your response.

Yesterday, I received a phone call from Judge Weissbrodt's clerk, Kristi Gerrior. She told me that he wants my opposition to the 2004 exam request filed by Thursday, 4/7. I am working on that opposition now and hope to have it filed by the end of the day, if not before. Given that Judge Weissbrodt is waiting for my opposition and will not have a chance to review it prior to 1:45pm today, your stated purpose for making an appearance today seems premature. I believe you and I will have the benefit of Judge Weissbrodt's decision by week's end, next Monday at the latest. Are you willing to not make an appearance today then on the 2004 request? It does not seem like

4/5/2011

Case: 09-57389    Doc# 85-3    Filed: 04/07/11    Entered: 04/07/11 14:28:55    Page 4 of 5

an appearance will do anything.  Please let me know and, again, thank you for your responses.

Brooke L. Miller, Attorney
Miller Legal Services
(415) 810-8815
brookelmiller@gmail.com

----- Original Message -----
From: Kari Silva
To: 'Brooke L. Miller'
Sent: Tuesday, April 05, 2011 8:41 AM
Subject: RE: In re Wootton - Cont'd Confirmation Hearing 4/5/11

Brooke:

I do intend on making an appearance at the confirmation hearing today.  As you know, I have submitted an order for a 2004 examination and to date the order has not been signed.  Generally, Judge Weissbrodt will use the confirmation hearing to address issues submitted to the court and therefore I intend to make an appearance regarding that issue.

Sincerely,

Kari Silva

From: Brooke L. Miller [mailto:brookelmiller@gmail.com]
Sent: Monday, April 04, 2011 5:44 PM
To: Kari Silva
Subject: In re Wootton - Cont'd Confirmation Hearing 4/5/11

Hello Kari,

I just wanted to confirm with you that you will not be making an appearance tomorrow at 1:45pm in Judge Weissbrodt's courtroom on the Wootton matter.  As you know, the confirmation hearing has been tentatively continued until 7/26/11.  Given the activity in the case, 7/26/11 seems an appropriate amount of time to work through the many issues raised in the case to date.  I did not hear from you this afternoon about an appearance and, like I said, I just want to be sure that you will not be making an appearance.  Please respond.

Many thanks,
Brooke L. Miller, Attorney
Miller Legal Services
(415) 810-8815
brookelmiller@gmail.com

4/5/2011