CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

Attorneys for Moving Party
Oxana Wootton

The following constitutes the
Order of the Court. Signed _____, 20__

NOT SIGNED. SEE ATTACHMENT "A." DATE: 4/11/11

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

In Re:

Alan T. and Wendy Lynn Wootton,

    Debtors.

Case No: 09-57389 ASW

Chapter 13

ORDER DIRECTING PRODUCTION OF
DOCUMENTS AND EXAMINATION UNDER
BANKRUPTCY RULE 2004

[ No Hearing Required Under L.B.R.
2004-1

    Upon consideration of the motion of Oxana Wootton ("Wootton") for an Order Directing Production of Documents and Examination Under Bankruptcy Rule 2004 (the "Motion"); and the Court having reviewed the Motion, the Memorandum of Points and Authorities in support thereof, the exhibits referenced therein, the record in this case, the Court finds that notice of the Motion complied with Local Bankruptcy Rule 2004, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

PROPOSED ORDER

1

1. The Motion is granted.

2. Alan T. Wootton shall produce the Requested Documents in Exhibit 1, which is attached hereto, for examination and photcopying on or **before 10:00 a.m.** (prevailing Pacific Time) on **April 22, 2011** to the offices of Campeau Goodsell Smith, LC, 440 North First St., Suite 100, San Jose, CA 95112. Wootton shall review the originals and incur the cost of copying the originals and return the documents to the Debtor.

3. Alan T. Wootton shall appear for examination by Oxana Wootton on **April 27, 2011** at the offices of Campeau Goodsell Smith, LC, 440 North First St., Suite 100, San Jose, CA 95112, commencing **at 10:00 a.m.**

4. Wootton is hereby authorized to issue and/or use subpoenas and/or other compulsory process, as is necessary, in furtherance of the terms of this Order.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

*** END OF ORDER***

Attachment A

       Counsel for Oxana Wooton should reconsider what it needs in light of the statements made in the opposition from Debtors' counsel. The parties should attempt to negotiate this matter. If they are unsuccessful, movant may file and serve a written response 20 days before a hearing date (on a chapter 7/chapter 11 calendar) and Debtors may reply within 11 days before the hearing date. (In any event, counsel for Oxana Wootton will need to review any original documents at the office of Debtors' counsel.)

# EXHIBIT "1"

# Requested Documents

# REQUESTED DOCUMENTS

## INSTRUCTIONS

A. The documents covered by this request include all documents in your possession, custody, or control including, but not limited to, documents with your accountants, attorneys or other professionals.

B. Each request for the production is documents shall be deemed continuing in nature. If at any time additional documents come into your possession, custody or control or are brought to your attention, prompt supplementation of your response to these requests is required.

C. You shall produce all documents in the manner in which they are maintained in the usual course of your business or you shall organize and label the documents to correspond with the categories in this request. A request for a document shall be deemed to include a request for any and all file folders within which the document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document in addition to the document itself.

D. If you are currently without information necessary to respond to a Document Request, such Document Request shall be deemed to require a reasonable investigation.

E. If you cannot answer a Document request in full after exercising due diligence to secure the information to do so, state the answer to the extent possible, specifying your inability to answer the remainder, setting forth the facts surrounding your investigation, describing whatever information or knowledge you have concerning the unanswered portion, and identifying who else might have the information sought.

F. If you withhold any requested information on the basis of privilege, please so state, and for each such request or document provide:
    a. The type of document;
    b. The general subject matter of the material;.
    c. The date of the document;
    d. The nature of the privilege(s) claimed;
    e. The form in which the information exists and the person(s) who has knowledge of it;

f.  Such other information as is sufficient to identify the document including the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other

G. Documents attached to each other should not be separated.

H. Documents not otherwise responsive to this discovery request shall be produced if such document mention, discuss, refer to, or explain the documents which are called for by this discovery request.

I. The fact that a document is produced by another party does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

J. In producing documents and other materials, you are requested to furnish all documents or things in your possession, custody or control, regardless of whether such documents or materials are possessed directly by you or your directors, officers, agents, employees, representatives, subsidiaries, managing agents, affiliates, accountants, investigators, or by your attorneys or their agents, employees, representatives or investigators.

K. If you object to any part of any request, you shall state fully in writing the nature of the objection. Notwithstanding any objections, you shall nonetheless comply fully with the other parts of the request to which you are not objecting.

L. Each document request shall be construed independently and not with reference to any other request for the purpose of limitation.

M. The use of the singular form of any word includes the plural and vice versa. The past tense shall include the present tense and vice versa.

N. The terms "all" and "each" shall be construed as "all and each."

O. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

P. The term "including" means "including, without limitation."

Q. When a Document requests data that can be provided as a computer database or spreadsheet

file, Propounding Party requests that the file be copied to a disk in one of the following formats in descending order of preference: PDF, ODF, TIFF, unless in the form of excel spreadsheet or other database, then the document should be produced in its original form.

R. Please sign the verification and mailing certificate attached to your answers.

## DEFINITIONS

The terms used herein shall have the meanings ascribed to them in the definitions set forth below.

1. "YOU" or "YOUR" means Debtor Alan T. Wootton, or any entity or person either owned or controlled by Alan T. Wootton.

2. "WENDY WOTTON" means Wendy Lynn Wootton the co-Debtor in the above stated bankruptcy case and any entity or person either owned or controlled by Wendy Lynn Wootton

3. "DEBTORS" mean YOU and also means WENDY WOOTTON, or any entity or person either owned or controlled by YOU or WENDY WOOTTON.

4. "COMMUNICATION" or "COMMUNICATIONS" shall mean the record, receipt, transmission, or exchange of information via any medium including, but not limited to, correspondence, electronic communications, facsimiles, memos, records of discussions, conversations, conferences, interviews or meetings, recorded messages, or any other evidence of any of the foregoing, including any documents transmitted in connection with such communications.

5. "DOCUMENT" or "DOCUMENTS" is intended to have the broadest possible meaning under Rule 34 of the Federal Rules of Civil Procedure and includes without limitation, any designated documents or electronically stored information — including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations — stored in any medium from which information can be obtained either directly or, if necessary, after

6

PROPOSED ORDER

translation by the responding party into a reasonably usable form; or any designated tangible things; or to permit entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

6. A request to "DESCRIBE" any DOCUMENT is a request to:

    a. State the type of DOCUMENT as defined above;

    b. the number of pages it contains;

    c. a general description of how the document proves or disproves YOUR position.

7. "REGARDING" includes referring to, alluding to, responding to, relating to, connected with, commenting on, in respect of, about, concerning, discussing, showing, describing, mentioning, reflecting, analyzing, constituting, evidencing, or pertinent to.

8. " IDENTIFY " means to state the title or type of the document, the date, the author, the address, and the number of pages.

9. "PROFESSIONAL" means a person connected with a profession: professional studies, such as an attorney, accountant, real estate appraiser etc.

10. "STOCK" means any form of contingent or non-contingent interest in a company, public or private, including but not limited to common stock, preferred stock, options to purchase stock, warrants, grants of options, promises of future grants or shares or options and any other interest associated with an interest in an entity.

///

///

///

///

///

7

PROPOSED ORDER

# DOCUMENTS TO BE PRODUCED

**DOCUMENT PRODUCTION NO. ONE:**

DESCRIBE and produce all DOCUMENTS that provide salary information for YOU and WENDY WOOTTON from <u>January 1, 2009 to the present date</u>, including but not limited to each and every paycheck and W-2 form.

**DOCUMENT PRODUCTION NO. TWO:**

Produce all Tax Returns and supporting tax DOCUMENTS for YOU and WENDY WOOTTON for tax years 2008, 2009, 2010.

**DOCUMENT PRODUCTION NO. THREE:**

DESCRIBE and produce all DOCUMENTS REGARDING the sale of PLAYDOM to Disney.

**DOCUMENT PRODUCTION NO. FOUR:**

DESCRIBE and produce all DOCUMENTS REGARDING YOUR proceeds for the sale of the PLAYDOM STOCK, which includes but is not limited to payments you have received for the sale of your STOCK and DOCUMENTS regarding future payments for your PLAYDOM STOCK.

**DOCUMENT PRODUCTION NO. FIVE:**

DESCRIBE and produce all DOCUMENTS REGARDING YOUR current employment with Disney.

**DOCUMENT PRODUCTION NO. SIX:**

Produce all Bank Account statements <u>dated January 2010 to Present</u> for each and every open or closed bank account that belongs to YOU or WENDY WOOTTON.

**DOCUMENT PRODUCTION NO. SEVEN:**

Produce all 401k/IRA/Annuity or other retirement account statements (collectively "Retirement Accounts") <u>dated from August 2008 to Present</u> from each and every one of YOUR or WENDY WOOTTON's "Retirement Accounts".

**DOCUMENT PRODUCTION NO. EIGHT:**

DESCRIBE and produce all DOCUMENTS REGARDING YOUR Disney STOCK.

**DOCUMENT PRODUCTION NO. NINE:**

DESCRIBE and produce all DOCUMENTS REGARDING YOUR PLAYDOM STOCK.

**DOCUMENT PRODUCTION NO. TEN:**

DESCRIBE and produce all DOCUMENTS REGARDING any other STOCK you may own.

**DOCUMENT PRODUCTION NO. ELEVEN:**

Produce all DOCUMENTS REGARDING single purchases or payments greater then $350.00 made from <u>May 2009 to the present date</u>, including but not limited to payments to PROFESSIONALS, please exclude payments made in relation to child support or spousal support payments.

Dated: March 28, 2011                     CAMPEAU GOODSELL SMITH
                                          A Law Corporation


                                          By: /s/ Kari L. Silva
                                              KARI L. SILVA
                                              Attorneys for Interested Party Oxana Wootton

---

9

PROPOSED ORDER

## COURT SERVICE LIST

**Alan T. Wootton**
6075 Paso Los Cerritos
San Jose, CA 95120

**Wendy Lynn Wootton**
6075 Paso Los Cerritos
San Jose, CA 95120

**Brooke Miller, Esq.**
Miller Legal Services
158 Shrader St Apt 3
San Francisco, CA 94117

**Office of the United States Trustee**
280 South First Street
Room 268
San Jose, CA 95113

**Devon Durham-Burk**
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150

**Kari L. Silva, Esq.**
Campeau Goodsell Smith
440 North First St., Ste 100
San Jose, CA 95112

10
PROPOSED ORDER