DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

WOOTTON, ALAN T

WOOTTON, WENDY L

         Debtor(s)

Chapter 13
Case No. 09-57389 ASW

THIRD AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: JULY 26, 2011
Pre-Hearing Conference Time: 1:45 PM
Place: 280 S. 1st Street Room 3020
      San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 99% Plan for the following reasons:

1. The debtor has failed to file a certificate of service to show that all creditors were noticed of the First Amended Plan filed March 30, 2011.

2. There appears to be a violation of Section 1322(d) in that the term of the amended plan exceeds 60 months. The term is approximately 95 months. (Note: Oxana G. Wootton has filed two priority claims with a total amount of $91,127.95.)

Dated: April 21, 2011

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

Trustee's Objection to Confirmation – 09-57389 ASW

Case: 09-57389   Doc# 91   Filed: 04/21/11   Entered: 04/21/11 17:13:19   Page 1 of 2

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Third Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 21, 2011.

Said envelopes were addressed as follows:

| | |
|---|---|
| ALAN & WENDY WOOTTON<br>6075 PASO LOS CERRITOS<br>SAN JOSE CA 95120 | MILLER LEGAL SERVICES<br>158 SHRADER ST #3<br>SAN FRANCISCO CA 94117 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee