```
CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California  95112
Telephone:  (408) 295-9555

Attorneys for Moving Party
Oxana Wootton
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| In Re:<br><br>Alan T. and Wendy Lynn Wootton,<br><br>    Debtors.<br>_____ | Case No: 09-57389 ASW<br><br>Chapter 13<br><br>MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION UNDER BANKRUPTCY RULE 2004 (RESPONSE TO OBJECTION)<br><br>Date:     May 17, 2011<br>Time:    1:45 P.M.<br>Location:  United States Bankruptcy Court, 280 South First St., San Jose, CA<br>Courtroom: 3020<br>Judge:   Hon. Arthur Weissbrodt |

### NOTICE OF HEARING ON MOTION FOR 2004 EXAMINATION

TO: DEBTORS ALAN T. WOOTTON and WENDY LYNN WOOTTON and THEIR ATTORNEY OF RECORD, THE OFFICE OF THE CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that on **May 17, 2011, at 1:45 p.m.**, before the Honorable Arthur Weissbrodt, United States Bankruptcy Judge, at **280 First Street, Courtroom 3020, San Jose, California** Interested party Oxana Wootton ("Wootton" and/or "Moving Party"), over the objection of

1

the Debtors Alan T. Wootton and Wendy Lynn Wootton, ("Debtors") hereby moves this Court for an order under Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1::

(1) Compelling Debtor Alan T Wootton ("Debtor") to produce the documents requested in Exhibit 1 attached to the proposed form of order attached hereto as Exhibit A (the "Requested Documents,") **on or before 10:00 a.m. (prevailing Pacific Time) June 2, 2011** to the law offices of **Miller Legal Services, LC, 158 Shrader St Apt 3, San Francisco, CA 9411** for inspection and copying;

(2) Authorizing Moving Party to examine Alan Wootton by deposition on **June 9, 2011 commencing at 10:30 a.m. at the law offices of Campeau, Goodsell, Smith, 440 North First St., Ste 100, San Jose CA 95112**. The examination will be conducted before a duly-qualified court reporter, utilizing real-time computer transcription. The examination will continue day to day (excluding Saturdays, Sundays, holidays) until completed.

Wootton seeks to determine the extent of the property of the bankruptcy estate and the extent to which Debtor, has used, has maintained or how he intends to use property of the estate. Wootton also seeks to understand the nature of the assets of the estate, the estate's interest in those assets, and whether and to what extent those assets have been disclosed in the relevant bankruptcy schedules.

The Motion is brought pursuant to Rules 2004 of the Federal Rules of Bankruptcy Procedure and Federal Rule of Civil Procedure 45, and is based on this Notice of hearing and the attached Memorandum of Points and Authorities and the Declaration of Kari L. Silva filed concurrently herewith.

Wootton's proposed form of order is attached hereto as Exhibit A.

YOU ARE FURTHER NOTIFIED that any replys to Moving Party's response shall be filed 11 days prior to the hearing date or the prayer in the Motion accompanying this Notice will be granted.

Respectfully Submitted,

Dated: April 22, 2011					CAMPEAU GOODSELL SMITH

							By: */s/: Kari L. Silva*
								Kari L. Silva
								Attorneys for Oxana Wootton