| | |
|---|---|
| 1 | Case name:    In re ALAN T. & WENDY L. WOOTTON<br>Case number:  09-57389 |
| 2 | |
| 3 | **PROOF OF SERVICE** |
| 4 | I, Brooke L. Miller, declare that I am a citizen and resident of the United States of America and am over 18 years old and am not a party to the litigation referred to above.  My business address is 158 Shrader St., #3, San Francisco, CA 94117.  On April 22, 2011, I served the following documents on the person(s) named below by faxing a true copy thereof to the fax number indicated below, or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the US mail at San Francisco, CA, as addressed below, or by e-mail or by electronic filing, as set forth below: |

1. **Chapter 13 Plan Amended 03/30/11; and**
2. **Proof of Service**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 22, 2011, at San Francisco, CA.

   /s/ Brooke L. Miller

Electronic Service List:
US Trustee, 280 S. First St., Rm. 268, San Jose, CA 95113

Fax Service List:

E-mail Service List:

Mail Service List:
IRS – Central Insolvency, PO Box 21126, Philadelphia, PA 19114;
Franchise Tax Board, Bankruptcy Division, PO Box 942867, Sacramento, CA 94267-0011;
Oxana Wootton, 5847 Randlewood Ct., San Jose, CA 95129;
Capital One Bank USA NA, c/o Candica LLC, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste. 400, Seattle, WA 98121;
Chase Cardmember Service, Attn: General Manager, PO Box 94014, Palatine, IL 60094-4014;
Chase Receivables, Attn: General Manager, 1247 Broadway, Sonoma, CA 95476;
City of San Jose, Attn: General Manager, PO Box 11002, San Jose, CA 95103-1002;
Roundup Funding, LLC, Attn: General Manager, MS 550, PO Box 91121, Seattle, WA 98111-9221;
Discover Card, Attn: General Manager, PO Box 6103, Carol Stream, IL 60197-6103;
Gregory K. Rabitz, DDS, 1600 Willow St., #250, San Jose, CA 95125-5115;
Law Office of Suzanne Hunsinger, 1177 Branham Lane, #192, San Jose, CA 95118;
Martin Hess, 142 Via Lantana, Aptos, CA 95003;
McCahan, Helfrick, Thiercof & Butera, 1655 Willow St., San Jose, CA 95125; and
Law Offices of Ronald S. Meckler, 1 Almaden Blvd., Ste. 560, San Jose, CA 95113.