Brooke L. Miller (CA Bar 266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ALAN T. WOOTTON and<br>WENDY L. WOOTTON,<br><br>　　　　　　Debtors. | Case No. 09-57389-ASW<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTORS' OBJECTION TO CLAIM 13**<br><br>Tentative Hearing:<br>Date:　　June 20, 2011<br>Time:　　1:45 p.m.<br>Location:　US Bankruptcy Court<br>　　　　　　280 S. First St., Ctrm. 3070<br>　　　　　　San Jose, CA 95113<br>Judge:　　Hon. Arthur S. Weissbrodt |

TO CLAIMANT OXANA WOOTTON AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to F.R.B.P. 3007 and B.L.R. 3007-1, DEBTORS ALAN T. WOOTTON AND WENDY L. WOOTTON hereby respectfully object to the Proof of Claim filed in the above-captioned case by CLAIMANT OXANA WOOTTON, which is claim number 13 ("Claim 13") on the Claims Register maintained by the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that the Debtors seek a Court Order disallowing Claim 13 to the extent that it has been satisfied. The Objection to Claim 13 is based on the grounds that (1) the Debtors are entitled to multiple offsets for debts owed to them by Claimant

and (2) that a portion of Claim 13 is unenforceable against the Debtors.  The Objection is supported by this Notice, the Memorandum of Points and Authorities and the Declaration of Alan T. Wootton in Support of Debtors' Objection to Claim 13 filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that B.L.R. 9014-1(b)(3) prescribes the procedures to be followed in this matter and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing of this notice.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014-1(b)(3)(A)(ii), a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014-1(b)(3)(A)(iii), if there is not a timely filed objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014-1(b)(3)(A)(iv)(b), a tentative hearing on this matter has been set for the above-captioned date, time and location.  If no objection is timely filed, the tentative hearing will not occur.  If an objection is timely filed, the Debtors will file and serve a Notice of Hearing pursuant to B.L.R. 9014-1(b)(3)(B).

Dated:  May 6, 2011                                              MILLER LEGAL SERVICES

                                                                 /s/ Brooke L. Miller
                                                                 Brooke L. Miller
                                                                 Attorney for Debtors Alan T. and Wendy L. Wootton