Exhibit B
Judgment for Dissolution with Stipulated Judgment, Nov. 9, 2007
16 pages

| | | FL-180 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>— VANESSA A. ZECHER  CSB# 132454<br>LAW OFFICES OF VANESSA A. ZECHER, APC<br>111 WEST SAINT JOHN STREET, SUITE 710<br>SAN JOSE, CA 95113<br>TELEPHONE NO.: (408) 271-9977  FAX NO. (Optional): (408) 271-9555<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): RESPONDENT OXANA WOOTTON | | FOR COURT USE ONLY<br><br>ENDORSED<br>FILED<br><br>2007 NOV -9  A 9: 35<br><br>DEPUTY CLERK |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SANTA CLARA<br>STREET ADDRESS: 170 PARK CENTER PLAZA<br>MAILING ADDRESS: 191 N. FIRST ST.<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: FAMILY LAW DIVISION, DEPT 75 | | |
| MARRIAGE OF<br>PETITIONER: ALAN T. WOOTTON<br>RESPONDENT: OXANA G. WOOTTON | | |
| JUDGMENT<br>[✓] DISSOLUTION  [ ] LEGAL SEPARATION  [ ] NULLITY<br>[ ] Status only<br>[ ] Reserving jurisdiction over termination of marital or domestic partnership status<br>[ ] Judgment on reserved issues<br>Date marital or domestic partnership status ends: December 31, 2007 | | CASE NUMBER:<br>1-04-FL123474 |

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders. The restraining orders are contained on page(s) _____ of the attachment. They expire on (date):

2. This proceeding was heard as follows: [✓] Default or uncontested [ ] By declaration under Family Code section 2336
   [ ] Contested
   a. Date:  Dept.:  Room:
   b. Judicial officer (name):
   c. [ ] Petitioner present in court  [ ] Temporary judge
   d. [ ] Respondent present in court  [ ] Attorney present in court (name):
   e. [ ] Claimant present in court (name):  [ ] Attorney present in court (name):
   f. [ ] Other (specify name):  [ ] Attorney present in court (name):

3. The court acquired jurisdiction of the respondent on (date): November 8, 2005
   a. [ ] The respondent was served with process.
   b. [✓] The respondent appeared.

THE COURT ORDERS, GOOD CAUSE APPEARING

4. a. [✓] Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the status of single persons
      (1) [✓] on (specify date): Date Judgment filed
      (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
   b. [ ] Judgment of legal separation is entered.
   c. [ ] Judgment of nullity is entered. The parties are declared to be single persons on the ground of (specify):

   d. [ ] This judgment will be entered nunc pro tunc as of (date):
   e. [ ] Judgment on reserved issues.
   f. The [ ] petitioner's [ ] respondent's former name is restored (specify):
   g. [✓] Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
   h. [✓] This judgment contains provisions for child support or family support. Each party must complete and file with the court a Child Support Case Registry Form (form FL-191) within 10 days of the date of this judgment. The parents must notify the court of any change in the information submitted within 10 days of the change, by filing an updated form. The Notice of Rights and Responsibilities-Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order (form FL-192) is attached.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-180 [Rev. January 1, 2007] |  Martin Dean's<br>ESSENTIAL FORMS™ | JUDGMENT<br>(Family Law) | Page 1 of 2<br>Family Code, §§ 2024, 2340, 2343, 2346<br>www.courtinfo.ca.gov |

WOOTTON, OXANA

Case 09-57389   Claim 14   Filed 01/19/10   Desc Main Document   Page 6 of 30

Case: 09-57389   Doc# 96-2   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 2 of 6

| CASE NAME (Last name, first name of each party): | CASE NUMBER: |
|---|---|
| WOOTTON, ALAN T.<br>WOOTTON, OXANA G. | 1-04-FL123474 |

4. (Cont'd.)
   i. ☐ A settlement agreement between the parties is attached.
   j. ☑ A written stipulation for judgment between the parties is attached.
   k. ☑ The children of this marriage or domestic partnership.
      (1) ☑ The children of this marriage or domestic partnership are:

      | Name | Birthdate |
      |---|---|
      | Alexandra | 9/1/1996 |
      | James | 3/18/2004 |
      | Katherine | 3/15/2005 |

      (2) ☐ Parentage is established for children of this relationship born prior to the marriage or domestic partnership.
   l. ☑ Child custody and visitation are ordered as set forth in the attached
      (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
      (2) ☐ Child Custody and Visitation Order Attachment (form FL-341).
      (3) ☐ Stipulation and Order for Custody and/or Visitation of Children (form FL-355).
      (4) ☐ other (specify):

   m. ☑ Child support is ordered as set forth in the attached
      (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
      (2) ☐ Child Support Information and Order Attachment (form FL-342).
      (3) ☐ Stipulation to Establish or Modify Child Support and Order (form FL-350).
      (4) ☐ other (specify):

   n. ☑ Spousal or partner support is ordered as set forth in the attached
      (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
      (2) ☐ Spousal, Partner, or Family Support Order Attachment (form FL-343).
      (3) ☐ other (specify):

   NOTICE: It is the goal of this state that each party will make reasonable good faith efforts to become self-supporting as provided for in Family Code section 4320. The failure to make reasonable good faith efforts may be one of the factors considered by the court as a basis for modifying or terminating spousal or partner support.

   o. ☑ Property division is ordered as set forth in the attached
      (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
      (2) ☐ Property Order Attachment to Judgment (form FL-345).
      (3) ☐ other (specify):

   p. ☐ Other (specify):

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions.
Jurisdiction is reserved to make other orders necessary to carry out this judgment.
Date:

5. Number of pages attached: 47

☒ SIGNATURE FOLLOWS LAST ATTACHMENT — JUDICIAL OFFICER

**NOTICE**
Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.
A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.
An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.
Any party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.

FL-180 [Rev. January 1, 2007]
ESSENTIAL FORMS™
**JUDGMENT (Family Law)**
WOOTTON, OXANA
Page 2 of 2

Case 09-57389  Claim 14  Filed 01/19/10  Desc Main Document  Page 7 of 30

Case: 09-57389  Doc# 96-2  Filed: 05/06/11  Entered: 05/06/11 21:52:48  Page 3 of 6

# STIPULATED JUDGMENT

Petitioner ALAN T. WOOTTON ("Husband") and Respondent OXANA G. WOOTTON ("Wife") hereby enter into the following stipulated judgment in the above in the above-entitled matter.

## BACKGROUND AND STATISTICAL FACTS

A. The parties were married on July 24, 1996, and since that time were husband and wife.

B. The parties have three children of the marriage: ALEXANDRA JANE WOOTTON (DOB: 9/1/1996); JAMES ALAN WOOTTON (DOB: 3/18/2004); KATHERINE ANNE WOOTTON (DOB: 3/15/2005).

C. The parties separated on November 11, 2004, which is 8 years and 9 months from the date of marriage.

D. **Irreconcilable differences.** Irreconcilable differences have arisen between the parties and these have led to an irremediable breakdown of their marriage. Thus, the parties separated and agreed to live permanently apart hereafter.

E. **Court Action.** There is presently on file in the Superior Court of the State of California, County of Santa Clara, Case number 1-04-FL123474, a proceeding for Dissolution of Marriage between the parties. The Petition was filed by Husband on November 18, 2004. The Court acquired jurisdiction of Wife on or about November 8, 2005.

F. **Purpose of Agreement.** The purpose of this agreement is to settle all property interest and rights that each party may have with respect to the other, and to settle the obligations of each party for the support of the other.

## CHILD CUSTODY AND VISITATION

The Order of the Court Pursuant to A Request and Order Regarding Mediated Agreement, filed with this Court on October 23, 2006, shall continue to remain in full force and effect pending further written agreement of the parties or an Order of the Court. A copy

In re the Marriage of WOOTTON —3— Case No. 1-04-FL123474
STIPULATED JUDGMENT
Case 09-57389   Claim 14   Filed 01/19/10   Desc Main Document   Page 8 of 30

Case: 09-57389   Doc# 96-2   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 4 of 6

of said Order is attached hereto as Attachment "A" and incorporated herein by reference as though fully set forth.

This Court has jurisdiction over the minor children as the parties agree that California is the children's home state and no other state has assumed jurisdiction or is the home state of the children. The parties also agree that the habitual residence of the children is the United States of America.

The parties agree that they personally participated in mediation and were informed in writing by Family Court Services that they have a right to a hearing for determination of child custody and/or visitation in this matter. The parties agree that they are giving up their right to a hearing on the issues included within the following custody and visitation agreement. They are aware that this waiver does not preclude them from having a hearing on other child custody and/or visitation issues that are not included in the following agreement, or from filing future motions regarding child custody or visitation or the right to have hearings on any such future motions.

The parties also agree that they have been informed in writing that any violation of this order may result in civil or criminal penalties, or both.

**CHILD SUPPORT**

Commencing September 1, 2007, Husband shall pay to Wife the total sum of $2,984.00 per month as and for guideline child support for the three minor children. Said amount is allocated as follows: $578.00 in guideline child support for the minor child Alexandra, $891.00 in guideline child support for the minor child, James, and $1515.00 for the minor child Katherine. Commencing September 1, 2007, Husband shall pay the monthly sum of $1,260.00 per month for 50% of the child care costs for Katherine and James. Mother represents that the total monthly child care costs for Katherine and James are $2520.00. Said payment shall be made on the fifteenth of every month. The parties shall additionally share equally in the child care costs related to employment for Alexandra. The reimbursement for child care expenses related to employment for Alexandra shall be conducted in accordance with the same procedure set forth in the Notice of Rights and

Case: 09-57389    Doc# 96-2    Filed: 05/06/11    Entered: 05/06/11 21:52:48    Page 5 of 6

Responsibilities re Reimbursement for Health Care Costs. The DissoMaster calculation showing the financial circumstances of the parties is attached hereto and incorporated herein as Attachment "B".

Husband and Wife shall continue to share equally in any uninsured health care costs for the minor children in accordance with the Notice of Rights and Responsibilities attached hereto and incorporated herein as Attachment "C". Both parents shall provide and maintain health insurance coverage for the minor children if available at no or reasonable cost through their respective places of employment or self-employment.

The parties shall share equally in agreed upon extracurricular activities and tutoring costs for the minor children.

The equalization payment set forth below includes temporary child and spousal support arrears and day care costs through August 31, 2007.

Said child support payments shall continue until one of the occurrences set forth in Family Code section 3901(a), further Order of the Court or written agreement of the parties.

## COMMUNITY PROPERTY

A. **Residence.** Husband is awarded the residence located at 5924 Sterling Oaks Drive, San Jose, CA 95120 as his sole and separate property subject to all liens and encumbrances thereon. Wife has already signed and delivered to Husband a quit-claim deed to the residence and Husband has already paid to Wife from separate property funds the sum of $307,000 in full payment for Wife's interest in the residence. Said payment is only for Wife's share of the community interest in the residence and does not include the equalization payment owed by Husband to Wife as set forth below. Husband acknowledges receipt of the deed and Wife acknowledges receipt of payment. Husband agrees to assume sole responsibility for all liens and encumbrances on the residence and to indemnify and hold Wife harmless therefrom. Husband agrees to assume all capital gains liability associated with the residence and to indemnify and hold Wife harmless therefrom. Husband shall refinance the residence within sixty (60) days of the date of this Judgment is filed with the

Case: 09-57389  Doc# 96-2  Filed: 05/06/11  Entered: 05/06/11 21:52:48  Page 6 of 6