Exhibit C
Stipulation to Modify Child Support; Order, August 3, 2009
6 pages

```
JESSE KRENZEL, SB # 77068
ATTORNEY AT LAW
1871 THE ALAMEDA, SUITE #400
SAN JOSE, CA 95126
Telephone (408) 243-4100

Attorney for Respondent
OXANA G. WOOTTON
```

ENDORSED FILED

2009 AUG -3 A 9:35

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

In Re the Marriage of ) CASE NO.: 1-04-FL-123474
)
Petitioner, ALAN T. WOOTTON ) STIPULATION TO MODIFY
) CHILD SUPPORT; ORDER
and )
)
Respondent, OXANA G. WOOTTON ) Dept: 83
) Judge: Woodhouse

    On May 14, 2008, Petitioner herein, ALAN T. WOOTTON, filed his Order to Show Cause regarding modification of Child Support, among other things. Said matter came on for hearing in Department 83 of this court, Judge Derek Woodhouse presiding, on July 28, 2008. A Findings and Order After Hearing was subsequently prepared and filed with the court on September 11, 2008.

    On October 2, 2008, Respondent, OXANA G. WOOTTON, filed a timely Motion for Reconsideration of the Modification of Child Support Order of September 11, 2008.

    In the meantime, on August 25, 2008, Petitioner herein filed a motion seeking orders relative to a division of ESPP stock under the earlier Stipulated Judgement in this matter, and for an order relative to the division of two retirement accounts consisting of an E-bay 401-K account in Respondent's name, and a Micron Retirement Savings Plan account in Petitioner's name.

    On December 6, 2008, Petitioner filed another motion, this one seeking a modification of his child support downward.

    The hearings for the three pending motions were eventually continued to August 3, 2009, at 9:00 A.M. in Department 83 of the Superior Court. The parties have reached an agreement.

Stipulation and Order                                              Case No: 1-04-FL 123474

Case: 09-57389    Doc# 96-5    Filed: 05/06/11    Entered: 05/06/11 21:52:48    Page 2 of 10

IT IS STIPULATED BY AND BETWEEN THE PARTIES and their respective counsel as follows:

1. The three hearings currently set for August 3, 2009 in this matter are to be taken off calendar.

2. As Respondent's Motion for Reconsideration, The Findings and Order After Hearing filed on September 11, 2008, shall be modified retroactively as follows:

   A. Child support, including one-half of the child care, for the period of May 14, 2008, to July 27, 2008, shall be $3,606 per month payable by Petitioner, ALAN T. WOOTTON to Respondent, OXANA G. WOOTTON.

   B. Child support, including one-half of the child care, for the period of July 28, 2008, to December 5, 2008, shall be $3,278 per month payable by Petitioner, ALAN T. WOOTTON to Respondent, OXANA G. WOOTTON

3. As to Petitioner's Motion to Modify filed on December 6, 2008, Petitioner's right to request a reduction of child support to zero for the period December 6, 2008 through February 18, 2009, is reserved.

4. Commencing February 19, 2009, base child support payable by Respondent to Petitioner shall be $1,700 per month, plus mandatory additional child support of 50% of the child-care costs related to employment or reasonably necessary job training.

5. An Income Withholding for Support shall issue. Petitioner is responsible for the payment of support directly to Respondent until support payments are deducted from the payor's wages, and for any support not paid by the assignment.

6. There exists a continuing dispute between the parties as to the calculation of the percentage of custody timeshare. Consequently, the parties remain in disagreement as to whether this order for support is a guideline order. The parties acknowledge that they are fully informed of their rights pursuant to Family Cod Section 4050 and Division 9, Chapter 2 of the California Family Code and that the award of child support is being agreed to without coercion or duress. The parties further agree that the agreement is in the best interests of the children involved and that the children's needs will be adequately met by the agreed upon amount. The right to support has not been assigned to the county pursuant to Section 11477 of the Welfare and institutions Code, and no public assistance

Case: 09-57389   Doc# 96-5   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 3 of 10

Case 09-57389   Claim 14   Filed 01/19/10   Desc Main Document

application is pending on behalf of either party or their children. If the order is below the guideline, no change of circumstances will be required to modify this order.

For purposes of agreeing to the current ongoing support herein, the parties have used the following figures: For Petitioner, gross wages of $13,059 plus $274 non-taxable income per month with monthly health insurance premiums of $274. For Respondent, gross wages of $9,917 per month, plus additional taxable income of $400 per month, plus $197 in non-taxable income, with $197 in health insurance premiums.

7. Petitioner, ALAN T. WOOTTON, will provide and keep health insurance for the children if it is available at no or reasonable cost through work or a group plan, including group plans available through self-employment. Both parents will cooperate to complete health-care claims as stated on the attached Notice of Rights and Responsibilities: Health-Care Costs and Reimbursement Procedures. The parties shall continue to share equally in any uninsured health care costs for the minor children in accordance with the Notice of Rights and Responsibilities.

8. The parties expressly reserve the issue of calculation of arrearages, including child care and base child support. As before stated, Petitioner reserves his claim that child support should be set at zero for the period from the filing date of his December 6, 2008, motion to modify through the start of his employment on February 18, 2009.

9. The next regularly scheduled payment of ongoing base child support is due August 15, 2009 in the specified amount of $1,700 per month. As set forth herein, Mandatory additional child support of 50% of the child-care costs related to employment, or reasonably necessary job training, is separate and in addition to base child support.

10. Except as modified herein, all previous orders shall remain in full force and effect.

11. This Stipulation may be signed in counterparts and facsimile signatures shall be as original signatures.

IT IS SO STIPULATED.

Dated: _____, 2009

SEE FOLLOWING PAGE
ALAN T. WOOTTON, Petitioner

Dated: 7/23, 2009

_[signature]_
OXANA G. WOOTTON, Respondent

Stipulation and Order                                                                                            Case No: 1-04-FL 123474

Case 09-57389   Claim 14   Filed 01/19/10   Desc Main Document   Page 25 of 30

Case: 09-57389   Doc# 96-5   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 4 of 10

1 application is pending on behalf of either party or their children. If the order is below the guideline,
2 no change of circumstances will be required to modify this order.
3          For purposes of agreeing to the current ongoing support herein, the parties have used the
4 following figures: For Petitioner, gross wages of $13,059 plus $274 non-taxable income per month
5 with monthly health insurance premiums of $274. For Respondent, gross wages of $9,917 per
6 month, plus additional taxable income of $400 per month, plus $197 in non-taxable income, with
7 $197 in health insurance premiums.
8  7.     Petitioner, ALAN T. WOOTTON, will provide and keep health insurance for the children if
9 it is available at no or reasonable cost through work or a group plan, including group plans available
10 through self-employment. Both parents will cooperate to complete health-care claims as stated on
11 the attached Notice of Rights and Responsibilities: Health-Care Costs and Reimbursement
12 Procedures. The parties shall continue to share equally in any uninsured health care costs for the
13 minor children in accordance with the Notice of Rights and Responsibilities.
14  8.    The parties expressly reserve the issue of calculation of arrearages, including child care and
15 base child support. As before stated, Petitioner reserves his claim that child support should be set at
16 zero for the period from the filing date of his December 6, 2008, motion to modify through the start
17 of his employment on February 18, 2009.
18  9.    The next regularly scheduled payment of ongoing base child support is due August 15, 2009
19 in the specified amount of $1,700 per month. As set forth herein, Mandatory additional child
20 support of 50% of the child-care costs related to employment, or reasonably necessary job training,
21 is separate and in addition to base child support.
22  10.   Except as modified herein, all previous orders shall remain in full force and effect.
23  11.   This Stipulation may be signed in counterparts and facsimile signatures shall be as original
24 signatures.
25      IT IS SO STIPULATED.
26 Dated: 7/30, 2009
                                              _____
                                              ALAN T. WOOTTON, Petitioner
27
                                              SEE PRIOR PAGE
28 Dated: _____, 2009                       _____
                                              OXANA G. WOOTTON, Respondent

Stipulation and Order                                    Case No: 1-04-FL 123474

```
 1  Dated: _____, 2009          SEE FOLLOWING PAGE
 2                                   RONALD S. MECKLER,
                                     Attorney for Petitioner
 3
 4  Dated: July 29, 2009             /s/ Jesse Krenzel
                                     JESSE KRENZEL,
 5                                   Attorney for Respondent
 6
        IT IS SO ORDERED.
 7
 8  Dated: AUG 03 2009, 2009         Derek Woodhouse
                                     Judge of the Superior Court
 9
10
...
28
```

Case 09-57389  Claim 14  Filed 01/19/10  Desc Main Document  Page 2 of 3
Stipulation and Order                                        Case No: I-04-FL 123474

Case: 09-57389   Doc# 96-5   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 6 of 10

1
2  Dated: __7/30__, 2009
3
4  Dated: _____, 2009
5
6
7           IT IS SO ORDERED.
8  Dated: _____, 2009
9
10
11
...
28

_____
RONALD S. MECKLER,
Attorney for Petitioner

SEE PRIOR PAGE
_____
JESSE KRENZEL,
Attorney for Respondent


_____
Judge of the Superior Court

Stipulation and Order

Case No: 1-04-FL 123474

Exhibit D
Stipulation and Order re: Child Care Expenses, October 7, 2010
2 pages

Tamarin Adair (SBN 247719)
FLICKER, KERIN, KRUGER & BISSADA
A LIMITED LIABILITY PARTNERSHIP
120-B Santa Margarita Avenue
Menlo Park, CA 94025
Telephone: 650/289-1400
Facsimile: 650/838-9250

Attorneys for Petitioner,
ALAN T. WOOTTON

ENDORSED
FILED

2010 OCT -7 A 10: 44

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California

By: _____
Deputy Clerk

M. Mickela

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

In Re Marriage Of:

ALAN T. WOOTTON,

    Petitioner,

v.

OXANA G. WOOTTON,

    Respondent.

Case No: 1-04-FL-123474
FCS No: 67869

STIPULATION AND ORDER RE: CHILD CARE EXPENSES

Dept. No: 83
APJ: Mary Ann Grilli

The parties stipulate that the Court shall make the following orders:

1. Petitioner's contribution towards child care costs shall be $1,260 per month from February 2009 through August 2009. Petitioner's contribution towards child care costs shall be $900 per month from September 2009 through August 2010. These contributions shall satisfy the obligations of the "Stipulation to Modify Child Support; Order" filed August 3, 2009, paragraph 4. Child care costs for September 1, 2010 going forward shall be as set forth in the "Stipulation and Order Re: Custody, Private School Expenses and Child Care Expenses" filed concurrently herewith.

2. This stipulation shall not constitute a waiver by Respondent of any arrears relating to child support and add-ons.

MARRIAGE OF WOOTTON; CASE #1-04-FL-123474
STIPULATION AND ORDER
-1-

Case: 09-57389    Doc# 96-5    Filed: 05/06/11    Entered: 05/06/11 21:52:48    Page 9 of 10

3. This Stipulation and Order may be signed in counterparts and a faxed or electronic (.pdf) signature shall be deemed as good as an original signature for filing purposes.

STIPULATION: The undersigned each declares that he or she has read the foregoing stipulation and agrees with its terms and conditions.

Dated: 9/17/10

ALAN WOOTTON
Petitioner

Dated: 9/17/10

OXANA WOOTTON
Respondent

APPROVED AS TO FORM AND CONTENT:

Dated: 9/20/10

FLICKER, KERIN, KRUGER & BISSADA
A LIMITED LIABILITY PARTNERSHIP

TAMARIN ADAIR
Attorney for Petitioner

Dated: 9-17-10

ATTORNEY AT LAW

JESSE KRENZEL
Attorney for Respondent

ORDER: Upon the stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED:

Dated: 10-4-10

MARY ANN GRILLI
JUDGE OF THE SUPERIOR COURT

MARRIAGE OF WOOTTON; CASE #1-04-FL-123474
STIPULATION AND ORDER
-2-

Case: 09-57389   Doc# 96-5   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 10 of 10