| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Exhibit M |
| | Alan Wootton's signatures on Qualified Domestic Relations Orders with |
| | e-mail forwarding same from Alan Wootton's family law attorney's office |
| 5 | 5 pages |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**OBJECTION TO CLAIM 13  (Case no. 09-57389)**

attorney fees. This provision does not waive any remedy for enforcement by any party hereto as against any other.

17. The provisions of this order are intended to be a QDRO pursuant to Federal law, including § 206(d) of the Employee Retirement Income Security Act of 1974, as amended, and § 414(p) of the Internal Revenue Code of 1986, as amended, and its provisions shall be administered and interpreted in conformity with said Act and Code.

18. This Order is drawn pursuant to the laws of the State of California regarding the equal division of marital property between spouses and former spouses in actions for dissolution of marriage.

19. This Order shall apply to any predecessor or successor plan under the same terms and conditions as apply to the current Plan.

20. The court retains jurisdiction to make such further orders as appropriate to enforce and clarify the provisions of this Order and to amend this Order for purposes of establishing and maintaining its qualification as a Qualified Domestic Relations Order under Federal Law.

THE FOREGOING IS AGREED TO BY:

Dated: 8/21/08                              _____
                                            ALAN T. WOOTTON, Petitioner

Dated: _____                       _____
                                            RONALD MECKLER,
                                            Attorney for Petitioner

Dated: _____                       _____
                                            OXANA WOOTTON, Respondent

State of California    }
County of _____    } ss
                       }

On _____, 2008, before me, _____, Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized

Stipulated QDRO
Marriage of Wootton; Case No.: 1-04-FL123474

Page 4

Case: 09-57389    Doc# 96-8    Filed: 05/06/11    Entered: 05/06/11 21:52:48    Page 2 of 11

laws.

8. The parties shall execute whatever documents are necessary to properly give effect to this Order.

THE FOREGOING IS AGREED TO BY:

DATED: 8/21/08        _____
                      ALAN T. WOOTTON, Petitioner


DATED: _____  _____
                        RONALD MECKLER, Attorney for Petitioner


DATED: _____  _____
                        OXANA WOOTTON, Respondent


State of California    }
                       }ss
County of _____ }

On _____, 2008, before me, _____, Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____        (Seal)


**ORDER**

It is so ordered.

DATED: _____        _____
                              JUDGE OF THE SUPERIOR COURT

---

Marriage of Wootton; Case No. 1-04-FL123474
Micron Technology QDRO
4

## Yvonne Q. Richey

**From:** Yvonne Q. Richey [yvonnerichey@pacbell.net]
**Sent:** Friday, November 07, 2008 11:42 AM
**To:** 'Suzanne Hunsinger'
**Cc:** 'Ronald Meckler'; 'Benita S. Kesner'
**Subject:** Marriage of Wootton

Ms. Hunsigner:

Attached please find the signature pages for the QDROs which have been signed by both Mr. Wootton and Mr. Meckler.

If you need anything further, please contact our office.

Very truly yours,

YVONNE Q. RICHEY
Paralegal to Ronald S. Meckler

Law Offices of Ronald S. Meckler
One Almaden Boulevard
Suite 560
San Jose, California 95113
408.298.3818 Telephone
408.947.7058 Facsimile

yvonnerichey@pacbell.net

**CONFIDENTIALITY NOTICE**
This email contains confidential information which may be privileged. Unless you are the addressee named above, you may not copy, use or distribute it. If you have received this email in error, please contact the sender by reply mail and delete all copies.

11/7/2008

establishing and maintaining its qualification as a Qualified Domestic Relations Order under Federal Law.

**THE FOREGOING IS AGREED TO BY:**

Dated: 10/2/08

_____
ALAN T. WOOTTON, Petitioner

Dated: 11/7/2008

_____
RONALD MECKLER,
Attorney for Petitioner

Dated: _____

_____
OXANA WOOTTON, Respondent

Dated: _____

_____
JESSE KRENZEL,
Attorney for Respondent

## ORDER

The above provisions are accepted and ordered performed.

Dated: _____

_____
JUDGE OF THE SUPERIOR COURT

laws.

8. The parties shall execute whatever documents are necessary to properly give effect to this Order.

THE FOREGOING IS AGREED TO BY:

DATED: 10/2/08

_____
ALAN T. WOOTTON, Petitioner

DATED: 11/7/2008

_____
RONALD MECKLER, Attorney for Petitioner

DATED: _____,

_____
OXANA WOOTTON, Respondent

DATED: _____,

_____
JESSE KRENZEL, Attorney for Respondent

**ORDER**

It is so ordered.

DATED: _____

_____
JUDGE OF THE SUPERIOR COURT

Marriage of Wootton; Case No. 1-04-FL123474
Micron Technology QDRO                                4

1
2
3
4   Exhibit N
    Alan Wootton's Motion for Enforcement of Judgment and Sanctions
5   4 pages
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OBJECTION TO CLAIM 13 (Case no. 09-57389)**

FL-301

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RONALD S. MECKLER<br>(State Bar No. 103122)<br>LAW OFFICES OF RONALD S. MECKLER<br>ONE ALMADEN BOULEVARD, SUITE 560<br>SAN JOSE, CALIFORNIA 95113<br>TELEPHONE NO.: (408) 298-3818   FAX NO. (Optional): (408) 947-7058<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): ALAN T. WOOTTON | ENDORSED<br>FILED<br>2008 AUG 25 P 12:31 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 605 W. EL CAMINO REAL
MAILING ADDRESS: 191 N. FIRST STREET
CITY AND ZIP CODE: SUNNYVALE, CALIFORNIA 94087
BRANCH NAME: FAMILY LAW DIVISION

PETITIONER/PLAINTIFF: ALAN T. WOOTTON
RESPONDENT/DEFENDANT: OXANA G. WOOTTON

**NOTICE OF MOTION**
- [ ] Child Custody
- [ ] Child Support
- [ ] Attorney Fees and Costs
- [ ] MODIFICATION
- [ ] Visitation
- [ ] Spousal Support
- [ ] Injunctive Order
- [x] Other (specify): Enforcement of Judgment and Sanctions

CASE NUMBER: 1-04-FL123474

1. TO (name): OXANA WOOTTON and her attorney of record, JESSE KRENZEL
2. A hearing on this motion for the relief requested in the attached application will be held as follows:

   a. Date: 10/2/08   Time: 9:00am  [x] Dept.: 83   [ ] Rm.:
   b. Address of court [x] same as noted above  [ ] other (specify):

3. Supporting attachments:
   a. [ ] Completed *Application for Order and Supporting Declaration* (form FL-310) and a **blank** *Responsive Declaration* (form FL-320)
   b. [ ] Completed *Income and Expense Declaration* (form FL-150) and a **blank** *Income and Expense Declaration*
   c. [ ] Completed *Financial Statement (Simplified)* (form FL-155) and a **blank** *Financial Statement (Simplified)*
   d. [ ] Completed *Property Declaration* (form FL-160) and a **blank** *Property Declaration*
   e. [ ] Points and authorities
   f. [ ] Other (specify):

Date: 08/22/08

RONALD S. MECKLER                    ▶ (signature)
(TYPE OR PRINT NAME)                      (SIGNATURE)

**ORDER**

4. [ ] Time for [ ] service [ ] hearing is shortened. Service must be on or before (date):
5. Any responsive declaration must be served on or before (date):
6. If child custody or visitation is an issue in this proceeding, Family Code section 3170 requires mediation before or concurrently with the hearing listed above. The parties are ordered to attend orientation and mandatory custody services as follows:

Date: _____

JUDICIAL OFFICER

**NOTICE:** If you have children from this relationship, the court is required to order payment of child support based on the incomes of both parents. The amount of child support can be large. It normally continues until the child is 18. You should supply the court with information about your finances. Otherwise, the child support order will be based on the information supplied by the other parent.

You do not have to pay any fee to file declarations in response to this *Notice of Motion* (including a completed Income and Expense Declaration (form FL-150) or Financial Statement (Simplified) (form FL-155) that will show your finances). In the absence of an order shortening time, the original of the responsive declaration must be filed with the court and a copy served on the other party at least nine court days before the hearing date. Add five calendar days if you serve by mail within California. (See Code of Civil Procedure 1005 for other situations.) To determine court and calendar days, go to www.courtinfo.ca.gov/selfhelp/courtcalendars/.

Form Adopted for Mandatory Use
Judicial Council of California
FL-301 [Rev. January 1, 2003]

**NOTICE OF MOTION**

Legal
La Plus

Page 1 of 2
Government Code, § 26826

| PETITIONER: ALAN T. WOOTTON | CASE NUMBER: | FL-310 |
|---|---|---|
| RESPONDENT: OXANA G. WOOTTON | 1-04-FL123474 | |

## APPLICATION FOR ORDER AND SUPPORTING DECLARATION
—THIS IS NOT AN ORDER—

[X] Petitioner [ ] Respondent [ ] Claimant requests the following orders:

ENDORSED FILED
2008 AUG 25 P 12:31

1. [ ] **CHILD CUSTODY** [ ] To be ordered pending the hearing
   a. Child (name, age)
   b. Legal custody to (person who makes decisions about health, education, etc.) (name)
   c. Physical custody to (person with whom child lives.) (name)

   [ ] Modify existing order
   (1) filed on (date):
   (2) ordering (specify):

   [ ] As requested in form [ ] FL-311 [ ] FL-312 [ ] FL-341(C) [ ] FL-341(D) [ ] FL-341(E)

2. [ ] **CHILD VISITATION** [ ] To be ordered pending the hearing
   a. As requested in: (1) [ ] Attachment 2a (2) [ ] Form FL-311 (3) [ ] Other (specify):
   b. [ ] Modify existing order
   (1) filed on (date):
   (2) ordering (specify):
   c. [ ] One or more domestic violence restraining/protective orders are now in effect. (Attach a copy of the orders if you have one.) The orders are from the following court or courts (specify county and state):
   (1) [ ] Criminal: County/state: _____ Case No. (if known): _____
   (2) [ ] Family: County/state: _____ Case No. (if known): _____
   (3) [ ] Juvenile: County/state: _____ Case No. (if known): _____
   (4) [ ] Other: County/state: _____ Case No. (if known): _____

3. [ ] **CHILD SUPPORT** (An earnings assignment order may be issued.)
   a. Child (name, age)
   b. Monthly amount (if not by guideline) $

   c. [ ] Modify existing order
   (1) filed on (date):
   (2) ordering (specify):

4. [ ] **SPOUSAL OR PARTNER SUPPORT** (An earnings assignment order may be issued.)
   a. [ ] Amount requested (monthly): $
   b. [ ] Terminate existing order
   (1) filed on (date):
   (2) ordering (specify):
   c. [ ] Modify existing order
   (1) filed on (date):
   (2) ordering (specify):

5. [ ] **ATTORNEY FEES AND COSTS** a. [ ] Fees: $   b. [ ] Costs: $

NOTE: To obtain domestic violence restraining orders, you must use the forms *Request for Order (Domestic Violence Prevention)* (form DV-100) and *Temporary Restraining Order and Notice of Hearing (Domestic Violence Prevention)* (form DV-110).

Form Adopted for Mandatory Use
Judicial Council of California
FL-310 [Rev. January 1, 2007]
APPLICATION FOR ORDER AND SUPPORTING DECLARATION
Family Code, §§ 2045, 6224, 6226, 6320-6326, 6380-6383
Page 1 of 2

Case: 09-57389   Doc# 96-8   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 9 of 11

| PETITIONER: ALAN T. WOOTTON | CASE NUMBER: | FL-310 |
|---|---|---|
| RESPONDENT: OXANA G. WOOTTON | 1-04-FL123474 | |

6. ☐ **PROPERTY RESTRAINT** ☐ To be ordered pending the hearing
   a. The ☐ petitioner ☐ respondent ☐ claimant is restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, except in the usual course of business or for the necessities of life.
   ☐ The applicant will be notified at least five business days before any proposed extraordinary expenditures, and an accounting of such will be made to the court.
   b. ☐ Both parties are restrained and enjoined from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties or their minor children.
   c. ☐ Neither party may incur any debts or liabilities for which the other may be held responsible, other than in the ordinary course of business or for the necessities of life.

7. ☐ **PROPERTY CONTROL** ☐ To be ordered pending the hearing
   a. ☐ The petitioner ☐ respondent is given the exclusive temporary use, possession, and control of the following property that we own or are buying (specify):

   b. ☐ The petitioner ☐ respondent is ordered to make the following payments on liens and encumbrances coming due while the order is in effect:
   Debt          Amount of payment          Pay to

8. ☐ I request that time for service of the *Order to Show Cause* and accompanying papers be shortened so that these documents may be served no less than (specify number): ___ days before the time set for the hearing. I need to have the order shortening time because of the facts specified in the attached declaration.

9. ☒ OTHER RELIEF (specify): I am requesting that the Court enforce paragraphs E and F2 (division of retirement accounts and division of Respondent's ESPP) of the Stipulated Judgment filed November 9, 2007. I am also seeking monetary sanctions against the Respondent for having to file this motion.

10. ☒ FACTS IN SUPPORT of relief requested and change of circumstances for any modification are (specify):
    ☐ contained in the attached declaration.

Pursuant to paragraph E of the Stipulated Judgment filed November 9, 2007, Suzanne Hunsinger was retained to divide the community interest in the following plans: Micron Retirement Savings Plan in my name; Linsco/Private Ledger Custodial IRA in Respondent's name; and the E-Bay 401k in Respondent's name. Ms. Hunsinger was retained but her work had been stalled because Respondent's failed to get the necessary materials to Ms. Hunsinger. It is my understanding that the QDROs have been completed by Ms. Hunsinger and I want to make certain that the Respondent signs QDROs.

Pursuant to paragraph F2 of the Sitpulation Judgment filed November 9, 2007, the Respondent's E-Bay Stock Option Plan was to be divided. Pursuant to Ms. Hunsinger's letter of November 14, 2007, there are 824 community property shares to be divided. A copy of Ms. Hunsinger's letter is attached hereto as Exhibit "A." I am entitled to one-half of the shares or 412 shares pursuant to the Stipulated Judgment. On July 30, 2008, my attorney forwarded an e-mail to Respondent demanding that she arrange to transfer the shares to me on or before August 14, 2008. My attorney further stated that if the Respondent didn't transfer the shares by August 14, 2008, we would take court action. A copy of my attorney's e-mail is attached hereto as Exhibit "B." As of today's date, I have yet to receive the shares owed to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:
ALAN WOOTTON                                   ▶ SEE ATTACHED FOR FAXED SIGNATURE
(TYPE OR PRINT NAME)                              (SIGNATURE OF APPLICANT)

FL-310 [Rev. January 1, 2007]  **APPLICATION FOR ORDER AND SUPPORTING DECLARATION**  Page 2 of 2

| PETITIONER: ALAN T. WOOTTON | CASE NUMBER: | FL-310 |
|---|---|---|
| RESPONDENT: OXANA G. WOOTTON | 1-04-FL123474 | |

6. [ ] PROPERTY RESTRAINT    [ ] To be ordered pending the hearing
   a. [ ] The [ ] petitioner [ ] respondent [ ] claimant is restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, except in the usual course of business or for the necessities of life.
   [ ] The applicant will be notified at least five business days before any proposed extraordinary expenditures, and an accounting of such will be made to the court.
   b. [ ] Both parties are restrained and enjoined from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties or their minor children.
   c. [ ] Neither party may incur any debts or liabilities for which the other may be held responsible, other than in the ordinary course of business or for the necessities of life.

7. [ ] PROPERTY CONTROL    [ ] To be ordered pending the hearing
   a. [ ] The [ ] petitioner [ ] respondent is given the exclusive temporary use, possession, and control of the following property that we own or are buying (specify):

   b. [ ] The [ ] petitioner [ ] respondent is ordered to make the following payments on liens and encumbrances coming due while the order is in effect:

   | Debt | Amount of payment | Pay to |
   |---|---|---|

8. [ ] I request that time for service of the Order to Show Cause and accompanying papers be shortened so that these documents may be served no less than (specify number): ____ days before the time set for the hearing. I need to have the order shortening time because of the facts specified in the attached declaration.

9. [X] OTHER RELIEF (specify): I am requesting that the Court enforce paragraphs E and F2 (division of retirement accounts and division of Respondent's ESPP) of the Stipulated Judgment filed November 9, 2007. I am also seeking monetary sanctions against the Respondent for having to file this motion.

10. [X] FACTS IN SUPPORT of relief requested and change of circumstances for any modification are (specify):
    [ ] contained in the attached declaration.

Pursuant to paragraph E of the Stipulated Judgment filed November 9, 2007, Suzanne Hunsinger was retained to divide the community interest in the following plans: Micron Retirement Savings Plan in my name; Linsco/Private Ledger Custodial IRA in Respondent's name; and the E-Bay 401k in Respondent's name. Ms. Hunsinger was retained but her work had been stalled because Respondent's failed to get the necessary materials to Ms. Hunsinger. It is my understanding that the QDROs have been completed by Ms. Hunsinger and I want to make certain that the Respondent signs QDROs.

Pursuant to paragraph F2 of the Sitpulation Judgment filed November 9, 2007, the Respondent's E-Bay Stock Option Plan was to be divided. Pursuant to Ms. Hunsinger's letter of November 14, 2007, there are 824 community property shares to be divided. A copy of Ms. Hunsinger's letter is attached hereto as Exhibit "A." I am entitled to one-half of the shares or 412 shares pursuant to the Stipulated Judgment. On July 30, 2008, my attorney forwared an e-mail to Respondent demanding that she arrange to transfer the shares to me on or before August 14, 2008. My attorney further stated that if the Respondent didn't transfer the shares by August 14, 2008, we would take court action. A copy of my attorney's e-mail is attached hereto as Exhibit "B." As of today's date, I have yet to receive the shares owed to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 08/22/08
ALAN WOOTTON
(TYPE OR PRINT NAME)    (SIGNATURE OF APPLICANT)

FL-310 [Rev. January 1, 2007]    APPLICATION FOR ORDER AND SUPPORTING DECLARATION    Page 2 of 2

Case: 09-57389    Doc# 96-8    Filed: 05/06/11    Entered: 05/06/11 21:52:48    Page 11 of 11