Exhibit O
June 22, 2007 Letter from the IRS
2 pages

Internal Revenue Service
55 S MARKET ST
STOP: 5118
SAN JOSE, CA 95113

Department of the Treasury

Letter Date:
06/22/2007

Taxpayer Identification Number
XXX-XX-9121  XX-XXX3177

ALAN T WOOTTON
5924 STERLING OAKS DR
SAN JOSE, CA 95120-1785

IRS Employee to Contact:
AILEEN C BATIS
Employee Identification Number:
77-02462
Contact Telephone Number:
(408)817-6468

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Case: 09-57389   Doc# 96-9   Filed: 05/06/11   Entered: 05/06/11 21:52:48   Page 2 of 8

Number of this letter: 3174  
Date of this letter: 06/22/2007  
Taxpayer Identification Number: ●●●●9121  ●●●●3177

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

AILEEN C BATIS  
REVENUE OFFICER

Enclosures:  
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | $0.00 | $271.97 | $1528.24 | $1800.21 |
|  |  |  |  | Total: | $1800.21 |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Exhibit P |
| | Pages 1 & 2 from Wells Fargo checking account #2734 for June 26 through July 25, 2007 |
| 5 | 2 pages |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |



ALAN WOOTTON
OXANA G WOOTTON
5924 STERLING OAKS DR
SAN JOSE CA 95120-1785

Thank you for banking with Wells Fargo. For assistance, call: (1-800-742-4932), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

## Wells Fargo Custom Checking

Alan Wootton
Oxana G Wootton
Account Number: ████2734

### Activity summary

| | |
|---|---|
| Balance on 06/25 | ███ |
| Deposits | ███ |
| Withdrawals | ███ |
| Balance on 07/25 | ███ |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

Continued on next page

## Activity detail

### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 07/12 | E*trade ACH Trnsfr 070711 ●●●●●●●●●● | 10,000.( |
| **Total deposits** | | **$10,000.0** |

### Withdrawals

#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amou |
|---|---|---|---|---|---|---|---|---|
| 1087 | 07/13 | 1,050.00 | 1093 | 07/05 | 125.00 | 1096 | 07/24 | 90.( |
| 1091* | 06/29 | 225.00 | 1094 | 07/16 | 1,800.21 ← | | | |
| 1092 | 07/10 | 90.00 | 1095 | 07/20 | 236.00 | | | |

Total checks $3,616.:
* Gap in Check Sequence

#### Other withdrawals

| Date | Description | $ Amou |
|---|---|---|
| 06/26 | Bill Pay Manuel and Maria Recurringxxxx xxxxxxxx Oaks On 06-26 | 125.( |
| 07/02 | Mortgage Serv Ct Mtg Paymt 070107 7077242555 Alan Wootton | 6,461. |
| 07/03 | Bill Pay City of San Jose RECURRINGxxxxxx0000 On 07-03 | 52. |
| 07/06 | Bill Pay Pacific Gas & El RECURRINGxxxxxxx9995 On 07-06 | 96. |
| 07/09 | Bill Pay Oxana Wootton On-Line Not Applicable On 07-09 | 4,102.( |
| 07/10 | Bill Pay Ronald S. Meckle On-Line xxxxxxx xx xxxtton On 07-10 | 4,317. |
| 07/23 | Bill Pay Wells Fargo 2nd On-Line XXXXXXX3961999 On 07-23 | 5,227.( |
| 07/24 | Bill Pay Manuel and Maria Recurringxxxx xxxxxxxx Oaks On 07-24 | 125.( |

Total other withdrawals $20,508.:

**Total withdrawals** **$24,124.5**

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balanc |
|---|---|---|---|---|---|
| 06/25 | ●●● | 07/05 | ●●● | 07/13 | ●●● |
| 06/26 | ●●● | 07/06 | ●●● | 07/16 | ●●● |
| 06/29 | ●●● | 07/09 | ●●● | 07/20 | ●●● |
| 07/02 | ●●● | 07/10 | ●●● | 07/23 | ●●● |
| 07/03 | ●●● | 07/12 | ●●● | 07/24 | ●●● |

Continued on next page

Case: 09-57389  Doc# 96-9  Filed: 05/06/11  Entered: 05/06/11 21:52:48  Page 6 of 8

Exhibit Q
PayPal Money Request of July 6, 2007
1 page

# PayPal

## Money Request Details

### Request Sent

| | |
|---|---|
| From: | Alan Wootton |
| To: | Oxana Wootton (oxana@paypal.com) |
| Amount: | $900.10 USD |
| Status: | Pending |
| Date Requested: | Jul 6, 2007 |
| Subject: | IRS Payment |
| Note: | I paid the IRS $1800.21 This is a bill for your half. |

Cancel Money Request | Edit | Send Reminder | Return to Log

Copyright © 1999-2010 PayPal. All rights reserved.
Information about FDIC pass-through insurance