Brooke L. Miller (CA Bar 266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-57389-ASW |
| ALAN T. WOOTTON and WENDY L. WOOTTON, | Chapter 13 |
| | **DECLARATION OF ALAN T. WOOTTON IN SUPPORT OF DEBTORS' OBJECTION TO CLAIM 13** |
| Debtors. | |

I, Alan T. Wootton, declare as follows:

1.      I am one of the debtors in the above-captioned case.

2.      I was married to Oxana Wootton from July 24, 1996 until December 31, 2007, when the marriage was dissolved by stipulated judgment entered in the Family Law Division of the Superior Court of California, County of Santa Clara, under case no. 1-04-FL123474.

3.      During my marriage to Oxana Wootton, we had three children together.

4.      During my marriage to Oxana Wootton, we filed joint tax returns together.

5.      My social security number ends in 9121 and I believe that Oxana Wootton's social security number ends in 3177.

1
**DECLARATION OF ALAN T. WOOTTON, SUPPORT OF OBJ. TO CLAIM 13  (Case No. 09-57389)**

6. During my marriage to Oxana Wootton, we shared a Wells Fargo checking account, the number for which ended in 2734. For some time after we separated, I continued to use the checking account as my own even though Oxana's name was still on the account.

7. I have not exercised my right to petition the family court to reduce the amount of child support I owed to Oxana Wootton during the period of December 6, 2008 to February 18, 2009.

8. I have signed multiple Qualified Domestic Relations Orders in order to effect the division of community interests in two of the retirement accounts Oxana Wootton and I agreed to split in stipulated judgment that dissolved our marriage.

9. To my knowledge, Oxana Wootton has never turned over the account statements for her Linsco/Private Ledger Custodial IRA for the period directly preceding and following the date of our separation, November 11, 2004.

10. To my knowledge, the proper valuation and division of community interest in the three retirement accounts to be split per the stipulated judgment has never been completed nor approved by the family court.

11. Oxana Wootton did not provide me with an itemized statement or proof of payment for the child care costs related to employment that she claims were incurred during the summer of 2008.

I declare under penalty of perjury of the laws of the United States of America and the State of California that the foregoing is true and correct. This declaration was executed in San Jose, CA on May 6, 2011.

/s/ Alan T. Wootton_____
Alan T. Wootton
Debtor

**DECLARATION OF ALAN T. WOOTTON, SUPPORT OF OBJ. TO CLAIM 13 (Case No. 09-57389)**

Case: 09-57389    Doc# 97    Filed: 05/06/11    Entered: 05/06/11 21:55:10    Page 2 of 2