| | |
|---|---|
| 1 | Case name: In re ALAN T. and WENDY L. WOOTTON |
| | Case number: 09-57389-ASW |

## PROOF OF SERVICE

I, <u>Brooke L. Miller</u>, declare that I am a citizen and resident of the United States of America and am over 18 years old and am not a party to the above-referenced litigation. My business address is 158 Shrader St., #3, San Francisco, CA 94117. On <u>May 7, 2011</u>, I served the following documents on the person(s) named below by faxing a true copy thereof to the fax number indicated below, or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the US mail at San Francisco, CA, as addressed below, or by e-mail or by electronic filing, as set forth below:

1. **Notice and Opportunity for Hearing on Debtors' Objection to Claim 13;**
2. **Debtors' Objection to Claim 13 with Exhibits A-Q;**
3. **Declaration of Alan T. Wootton in Support of Debtors' Objection to Claim 13; and**
4. **Proof of Service**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on <u>May 7, 2011</u>, at San Francisco, CA.

                                                        __/s/ Brooke L. Miller_____

<u>Electronic Service List:</u>
US Trustee, 280 S. First St., Rm. 268, San Jose, CA 95113;
Devin Derham-Burk, Chapter 13 Trustee, PO Box 50013, San Jose, CA 95150-0013; and
Kari Silva, Campeau Goodsell Smith, 440 N. 1st St., Ste. 100, San Jose, CA 95113, ksilva@campeaulaw.com.

<u>Fax Service List:</u>
n/a

<u>E-mail Service List:</u>
n/a

<u>Mail Service List:</u>
Hon. Arthur Weissbrodt (Chamber Copies)
c/o Brook Esparza
280 S. 1st St., Rm. 3035
San Jose, CA 95113-3099

Oxana Wootton, Claimant
5847 Randleswood Ct.
San Jose, CA 95129