Brooke L. Miller (266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ALAN T. WOOTTON and<br>WENDY L. WOOTTON,<br><br>Debtors. | Case No. 09-57389-ASW<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTORS' MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1307(b)**<br><br>[No hearing set.] |

TO DEVIN DERHAM-BURK, Chapter 13 Trustee, the UNITED STATES TRUSTEE, and ALL PRIORITY and GENERAL UNSECURED CREDITORS and THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed.R.Bankr.P. 1017 and B.L.R. 1017-2, DEBTORS ALAN T. WOOTTON and WENDY L. WOOTTON respectfully move the Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b). The motion is supported by this Notice and the Declaration of Brooke L. Miller in Support of Debtors' Motion to Dismiss filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that Bankruptcy Local Rules 1017-2 and 9014-1(b)(3) prescribes the procedures to be followed in this matter and that any objection to the

requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 7 days of mailing of this notice.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014-1(b)(3)(A)(ii), a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014-1(b)(3)(A)(iii), if there is not a timely filed objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, the Debtors will file and serve a Notice of Hearing pursuant to B.L.R. 9014-1(b)(3)(A)(iv)(a).

Dated: May 24, 2011                           MILLER LEGAL SERVICES

                                              /s/ Brooke L. Miller
                                              Brooke L. Miller
                                              Attorney for Debtors Alan T. and Wendy L. Wootton