CAMPEAU GOODSELL SMITH
SCOTT L. GOODSELL, # 122223
KARI SILVA ESQ., BAR #257033
440 North 1st Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.295.6606
ksilva@campeaulaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br>Alan T. and Wendy Lynn Wootton<br>Debtors. | Case No: 09-57389 ASW<br>Chapter 13<br>**CERTIFICATE OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 440 North First Street, Ste. 100, San Jose, California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail.

I caused the following to be served on May 27, 2011 :

1. Oxana Wootton's Opposition to Motion to Dismiss Chapter 13
2. Declaration of K.Silva in Support of Opposition
3. Certificate of Service

\_\_\_\_ I**f MAILED VIA U.S. MAIL**, said copies were placed in envelopes which were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the U.S. Postal Service at San Jose, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed.

\_\_\_\_ **If VIA FEDERAL EXPRESS**: I served the above-named document[s] on the party[ies] named below, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express,

with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed below.

__x__ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

____ **If VIA HAND DELIVERY:** I caused the document[s] to be delivered by hand to the office of the addressee.

| | |
|---|---|
| Brooke L. Miller (Debtor's Counsel)<br>brookelmiller@gmail.com | Chapter 13 Trustee<br>ctdocs@ch13sj.com<br><br>Office of the US Trustee<br>USTPRegion17.SJ.ECF@usdoj.gov |

I declare that I am a member of the Bar of this Court and that this declaration was executed on May 27, 2011 in San Jose, California.

/s/: Kari L. Silva