CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, 122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR
Interested Party Oxana Wootton

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

Alan T. and Wendy Lynn Wootton

Debtors.

) CHAPTER 13
)
) Case No: 09-57389 ASW

### NOTICE OF UNAVAILABILITY OF COUNSEL

TO DEBTORS, THEIR COUNSEL, THE CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE:

NOTICE IS HEREBY GIVEN that counsel for Oxana Wootton, Kari L. Silva, Esq. of Campeau Goodsell Smith, will not be in the office and will be unavailable from July 18, 2011 to July 24, 2011, and returning to the office on July 25, 2011. During the time specified, Ms. Silva and Campeau Goodsell Smith will be unavailable for all purposes, including, but not limited to, receiving notice of any kind, court hearings, motions, responding to ex parte applications, attending depositions,

1

receiving or responding to any mail and/or e-mails and/or voice mails, and/or receiving or returning any telephone calls.

Dated: May 27, 2011                               Respectfully Submitted,


                                                  CAMPEAU GOODSELL SMITH

                                                  By: /s/: Kari L. Silva____
                                                      Kari L. Silva
                                                      Attorneys for Oxana Wootton