```
1   Brooke L. Miller (266065)
    MILLER LEGAL SERVICES
2   158 Shrader St., #3
    San Francisco, CA 94117
3   (415) 810-8815
    (415) 592-8846
4   Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-57389-ASW |
| ALAN T. WOOTTON and<br>WENDY L. WOOTTON,<br><br>            Debtors. | Chapter 13<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1307(b)**<br><br>Hearing Set<br>Date:      June 20, 2011<br>Time:     1:45pm<br>Location: U.S. Bankruptcy Court<br>                280 S. 1st St., Ctrm 3020<br>                San Jose, CA 95113<br>Judge:    Hon. Arthur S. Weissbrodt |

      TO DEVIN DERHAM-BURK, Chapter 13 Trustee, the UNITED STATES TRUSTEE, and OBJECTING PARTY OXANA WOOTTON and THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Fed.R.Bankr.P. 1017 and B.L.R. 1017-2, DEBTORS ALAN T. and WENDY L. WOOTTON have respectfully moved the Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) on May 24, 2011. OBJECTING PARTY OXANA WOOTTON filed an opposition to this motion on May 27, 2011.

PLEASE TAKE FURTHER NOTICE that, pursuant B.L.R. 1017-2, the hearing on this motion will take place on the date and at the time and location indicated in the caption above.

Dated: May 31, 2011                               MILLER LEGAL SERVICES

/s/ Brooke L. Miller
Brooke L. Miller
Attorney for Debtors Alan T. and Wendy L. Wootton