```
 1  OBrooke L. Miller (266065)
    MILLER LEGAL SERVICES
    158 Shrader St., #3
 2  San Francisco, CA 94117
    (415) 810-8815
 3  (415) 592-8846

 4  Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ALAN T. WOOTTON and<br>WENDY L. WOOTTON,<br><br>　　　　　Debtors. | Case No. 09-57389-ASW<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTORS' OBJECTION TO PROOF OF CLAIM 13**<br><br>Hearing Set<br>Date:　　June 20, 2011<br>Time:　　1:45pm<br>Location:　U.S. Bankruptcy Court<br>　　　　　280 S. 1st St., Ctrm 3020<br>　　　　　San Jose, CA 95113<br>Judge:　　Hon. Arthur S. Weissbrodt |

　　　　TO DEVIN DERHAM-BURK, Chapter 13 Trustee, the UNITED STATES TRUSTEE, and OBJECTING PARTY OXANA WOOTTON and THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that, pursuant to Fed.R.Bankr.P. 3007 and B.L.R. 3007-1, DEBTORS ALAN T. and WENDY L. WOOTTON have objected to the Proof of Claim filed in the above-captioned case by CLAIMANT OXANA WOOTTON, which is claim number 13 ("Claim 13") on the Claims Register maintained by the Clerk of the Court. CLAIMANT filed a Response to the Objection on May 20, 2011.

1
**NOTICE OF HEARING, OBJECTION TO CLAIM 13 (Case No. 09-57389)**

Case: 09-57389　　Doc# 114　　Filed: 06/08/11　　Entered: 06/08/11 10:04:59　　Page 1 of 2

1     PLEASE TAKE FURTHER NOTICE that, pursuant B.L.R. 9014-1(b)(3)(B), the hearing
2 on this Objection will take place on the date and at the time and location indicated in the caption
3 above.
4
5 Dated: June 8, 2011                          MILLER LEGAL SERVICES
6
7                                               /s/ Brooke L. Miller
8                                               Brooke L. Miller
                                              Attorney for Debtors Alan T. and Wendy L.
9                                               Wootton