# EXHIBIT "A"

Exhibit A is an email to Debtor on August 30, 2010 explaining his stock options

DECLARATION OF KARI SILVA IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS
PAGE 6

## Brooke L. Miller

From: "alan wootton" <alex_woods66@yahoo.com>
To: "Brooke L. Miller" <brookelmiller@gmail.com>
Cc: "Wendy Wootton" <wendywootton77@yahoo.com>
Sent: Wednesday, June 08, 2011 3:54 PM
Subject: Re: Confirmation of the 2004 examination

here is the email from that time and it explains. Is there something here that I don't provide? I thought I collected all this stuff into the batch that I sent you.

hr will get stuff from my file if I ask.

Cortney Erin to everyone show details 8/30/10

Hello Playdom!

Along with your Silver Passes and Disney ID Badges, we have a number of time sensitive materials that are being distributed to employees starting Monday (8/30), and we will need your timely response. No one likes paperwork, but it is inevitable that there would be some coming your way. Starting Monday, all US employees will receive a transition packet of the materials listed below. If for any reason you do not receive your transition packets by Monday, please contact HR and we will make sure materials are sent to you.

Remember, no Playdom benefits are changing for the first year, so there will be no changes, benefits paperwork, or disruption in your coverage.

Below is a list of items, item description, associated actions required, and due dates for the information in your transition packets.

**PLEASE READ THIS INFORMATION CAREFULLY AND COMPLETELY.** All HR transition updates, Disney Employee Manual, Standards of Business Conduct and standard forms are also available for viewing/downloading here.

## Transition Paperwork

| TRANSITION ITEM | ACTION REQUIRED | DUE DATE |
|---|---|---|
| Welcome Letter from Steve Wadsworth | None | N/A |
| Employee Transition Letter<br>*Official letter with your Disney title and compensation information.* | Please read and retain for your records. | 8/30 |
| Employee Data Verification Sheet<br>*Official letter with your Disney title and compensation information.* | Reviewed, verified, and original returned to HR. | 9/1 |
| Background Check Authorization form (only for CA)<br>Background Check Authorization form (non-CA) | Completed, signed and original returned to HR | 9/1 |

6/13/2011

| | | |
|---|---|---|
| For the safety and security of all employees and others, it is policy that criminal background checks will be conducted on everyone offered employment by The Walt Disney Company or any of its subsidiary or affiliated companies. | | 6/13/2011 |
| **The Walt Disney Company's Standards of Business Conduct Manual & Acknowledgment** | Signed and original returned to HR | **9/1** |
| **The Walt Disney Company Employee Policy Manual & Acknowledgment** | Signed and original returned to HR | **9/1** |
| **The Walt Disney Company Confidentiality Agreement** | Signed and original returned to HR | **9/1** |
| **Post-Close Disney Equity Information** *Information on opening Merrill Lynch accounts, details on converting Playdom Stock Options to Disney SARs, and Playdom Early Exercised Stock Options to Disney RSUs.*<br>• Equity Calculation Example<br>• Disney Equity Presentation<br>• Disney's Guide to your Equity Awards<br>• Opening your Merrill Lynch Brokerage Account | Read, open your Merrill Lynch Account | **N/A** |
| **The Walt Disney Company's Policy on Unsolicited Submission of Ideas** | Read, and submit per the enclosed instructions in the event you receive an unsolicited idea. | **N/A** |

## Silver Passes/Disney ID Badges

They have arrived!! We will be shipping them out to all of our remote offices for Tuesday delivery and distributing to MV and SF on Monday. Wooo hooo!

## PTO Conversion to Vacation & Sick Time

Your PTO balances (even if they are negative) are being transitioned as vacation time to Disney's Vacation/Sick Time program. So you have the details on how the Disney Vacation/Sick Time program differs from the Playdom PTO program, please refer to the comparison below:

| | Playdom | Disney |
|---|---|---|
| **Paid Holidays** | 10 fixed | 9 fixed/2 floating |
| **Vacation/PTO** | | |
| Accrual of Vacation/PTO Days | | |

6/13/2011

|  | Year 1 | 15 | 10 (15 for Directors +) |
|---|---|---|---|
|  | Year 4 | 15 | 15 |
|  | Year 12 | 15 | 20 |
| Maximum Carrover of Unused Accrued Days |  |  |  |
|  | Year 1 | 14 | 20 (30 for Directors +) |
|  | Year 5 | 14 | 30 |
|  | Year 15 | 14 | 40 |
| Sick Days |  |  | 10 Sick Days/yr |

**Vacation Accrual Schedule:**

| Year of Employment | Vacation Accrual for Year |
|---|---|
| 1-3 yrs | 2 weeks |
| 4-11 yrs | 3 weeks |
| 12+ | 4 weeks |

Typically, vacation carryover is 2 times your annual accrual, so if you earn 2 weeks then your max carryover would be 4 weeks per year. Once you reach your maximum, you then stop accruing days. Vacation is not paid out unless the employee is separating from the company. For sick time, 80 hours are automatically added to each person on the first date of hire and would be used in the current calendar year. No carryover.

## Final Payroll:
Here is the timeline for the remaining payroll runs that will be processed by Playdom Payroll prior to migrating to Disney's weekly payroll effective 9/1.

- Regular payroll will run for the period ending 8/31/2010 pay period – employees will get paid on 8/31/2010
- Disney payouts to employees with vested options will run on Monday 8/30. It takes 48 hours for our payroll provider to process the payment, so employees should get paid no later than 9/2/2010.
- Disney payouts to employees with stocks – we will process manual checks as soon as our Legal Department receives the signed Transmittal Letter back from these individuals. The pay date for each person will vart depending on when we receive the signed transmittal letters. We will communicate more details as they come available.

## We are Here to Help!
If you have any questions on any of these materials, please contact anyone in HR and we can assist you. Over the next three weeks I will be traveling with Disney HR to answer questions you have about Disney perks, resources and anything else on your mind. Thanks again!!

Cortney Erin      415-823-1537
Rebecca Meissner  650-450-2997
Melissa Munnerlyn 626-221-5949

6/13/2011

Case: 09-57389   Doc# 122-2   Filed: 06/17/11   Entered: 06/17/11 10:58:21   Page 4 of 18

Lexi Baldiserri     408-660-5237
Annemarie Mogan     415-845-2405

Cortney Erin

**Playdom Human Resources**
415-823-1537 (m)
cortney@playdom.com

Alan Wootton : alan@gotohere.com

---

From: Brooke L. Miller <brookelmiller@gmail.com>
To: alan wootton <alex_woods66@yahoo.com>
Cc: Wendy Wootton <wendywootton77@yahoo.com>
Sent: Wednesday, June 8, 2011 2:55 PM
Subject: Re: Confirmation of the 2004 examination

Brooke L. Miller, Attorney
Miller Legal Services
(415) 810-8815

6/13/2011



August 27, 2010

Alan Wootton

Dear Alan:

We are happy to confirm that Playdom, Inc. has been acquired by the larger Disney family, and we welcome you! This also confirms that your employment shall continue with Playdom, Inc. (the "Company"), now a wholly-owned subsidiary of The Walt Disney Company, although your paycheck will be issued by Buena Vista Internet Group effective September 1, 2010 until such a time your payroll can be transferred back to Playdom, Inc.

This letter further confirms your position of Software Engineer, a Salaried exempt position at an annual base salary of $163200 payable weekly in the amount of $3138.4615. Your current reporting line remains unchanged.

Your benefits with the company will remain unchanged with the exception of the following:

|  | From | To |
| --- | --- | --- |
| Paid Holidays | 10 Fixed Days | 9 Fixed Days + 2 Floating Days |
| PTO/Vacation | Yr. 1 - Eligible for 15 days | Yr. 1* - Eligible for 10 Days<br>Yr. 4 - Eligible for 15 Days<br>Yr. 12 - Eligible for 20 Days |
| Maximum PTO/Vacation Carryover | 14 days | Two times annual accrual allotment |
| Sick Days | Part of PTO days | 10 days/year |

*Yr 1 - Director's & above are eligible for 15 Days at start

Continued employment hereunder is conditioned upon (i) a background check acceptable to Employer, and, if applicable to you (ii) satisfactory proof of your identity and legal ability to work in the United States in accordance with the Immigration Reform and Control Act of 1986, it being understood that such background check shall be conducted following the commencement of your employment. If you have questions regarding the particular process behind the background checks, please feel free to contact Daniel Warner at 818 623-3814 with such questions.

Mountain View

300 West Evelyn Avenue, Suite 110
Mountain View, CA 94041
650.963.0000 phone
playdom.com



As the law now requires us to verify your eligibility to work in the United States, be sure to bring documentation that will permit the Walt Disney Company to verify your employment eligibility (refer to the reverse side of the U.S. Department of Justice Employment Eligibility Verification form for acceptable documents).

If you have any questions, please feel free to call Conney Erin at (415) 823-1637.

You understand that the terms of this letter do not imply employment for a specific period and thus that your employment is at will; either you or the Company can terminate it at any time, with or without cause. This statement is the entirety of your agreement with the Company on the subject of the duration of your employment.

Sincerely,

NaShawn Bacon
Director, Compensation

Mountain View

100 West Evelyn Avenue, Suite 110
Mountain View, CA 94041
650 963 5000 phone
playdom.com

```
 1              UNITED STATES BANKRUPTCY COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE

 4                          - - -

 5    In Re:                        )
                                    )   No. 09-57389 ASW
 6    Alan T. And Wendy Lynn        )
      Wootton,                      )   Chapter 13
 7                                  )
                                    )
 8               Debtors.           )
                                    )
 9                                  )

10

11

12

13

14                       DEPOSITION OF

15                       ALAN T. WOOTTON

16                   LOS GATOS, CALIFORNIA

17                       June 10, 2011

18

19

20
      ATKINSON-BAKER, INC.
21    COURT REPORTERS
      (800) 288-3376
22    www.depo.com

23
      REPORTED BY:  SHAREN H. DAINS, CSR CM No. 2040
24
      FILE NO.: A50541A
25
```

1

```
 4   your employer when they talked about the conversion
 5   of the Playdom stock into the Disney --
 6        A.   I don't recall.  It all happened very
 7   quickly in August.  It was not a personal
 8   conversation, didn't have a conversation.
 9        Q.   It was kind of put out to all employees?
10        A.   Yes.
11        Q.   Was it put out by a memo just a group
12   meeting?
13        A.   No, there was an e-mail.
14        Q.   Did you provide that e-mail?
15        A.   I think so.
16             MS. SILVA:  I don't believe we did.  Can you
17   confirm we got a copy of that e-mail on Monday?
18             THE WITNESS:  I did send a worksheet
19   explaining how the conversion would happen.
20   BY MS. SILVA:
21        Q.   But not the e-mail?
22        A.   There were various e-mails saying there may
23   be rumors don't confirm them, like this.  I don't
24   recall exactly what was said specifically about the
25   stock and when.
```

50

```
 1        Q.   At the time of the hearing in front of Judge
 2   Weissbrodt that we have previously been discussing
 3   on September 22nd, did you already have knowledge
 4   that you would be receiving these additional pay-outs
 5   or these rights to exercise these additional stock?
 6        A.   I presumed, I can't recall exactly, but I
 7   presumed that it would be happening.  I don't believe
```

# EXHIBIT "B"

Exhibit B is a true and correct copy of the order signed November 9, 2010

Entered on Docket
November 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed November 09, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

CAMPEAU GOODSELL SMITH, L.C.
SCOTT GOODSELL, #122223
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
sgoodsell@campeaulaw.com
ksilva@campeaulaw.com

ATTORNEYS FOR Creditor
Oxana Wootton

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:

Alan T. and Wendy Lynn Wootton

Debtors.

)
)
) Case No: 09-57389 ASW
)
) CHAPTER 13
)
) [PROPOSED] ORDER RE: MOTION FOR
) RELIEF FROM THE AUTOMATIC STAY
) TO [1] LITIGATE THE TERMS OF
) SUPPORT IN THE SANTA CLARA
) SUPERIOR COURT FAMILY DIVISION
) AND [2] TO IMPOUND AND DISTRIBUTE
) THE FUNDS EARNED FROM THE SALE
) OF PLAYDOM, INC'S STOCK
)
)
) Date: September 22, 2010
) Time: 2:15pm
) Hon. Judge Weissbrodt
)
)
)
)
)

The motions of Oxana Wooton ("Moving Party") for relief from the automatic stay [1] to litigate the terms of support in the Santa Clara Superior Court, Family Division (Motion 1) and [2] to allow Santa Clara Superior Court, Family Division the right to impound and distribute the funds earned

1

[PROPOSED] ORDER REGARDING MOTION FOR RELIEF FROM STAY TO [1] LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA
SUPERIOR COURT FAMILY DIVISION and [2] TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM,
Case: 09-57389   Doc# 52   Filed: 11/09/10   Entered: 11/09/10 15:03:53   Page 1 of 4

Case: 09-57389   Doc# 122-2   Filed: 06/17/11   Entered: 06/17/11 10:58:21   Page 11 of 18

from the sale of PLAYDOM Inc.'s stock ("Motion 2") came on for hearing before the Honorable Arthur Weissbrodt, United States Bankruptcy Judge, on September 22, 2010 at 2:15pm and a further hearing and clarification of the previous order was heard before the Honorable Arthur Weissbrodt on November 2, 2010 at 1:45pm.

It appearing that notice of the motions based on the circumstances was proper and sufficient, the Court having considered the papers submitted by the parties and oral arguments and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Motion 1 is GRANTED; the Debtor, Alan Wootton ("Debtor") and Moving Party may immediately litigate the terms and obligations relating to child and spousal support arrears, continued support obligations and determinations of division of community property assets and any other related issues relating to Santa Clara Superior Court, Family Division matter Marriage of Wootton, case no. 1-04-FL-123474.

2. That Motion 2 is GRANTED; the remaining proceeds from the sale of the PLAYDOM Inc. stock as of September 22, 2010 ("the Remaining Funds"), estimated by Debtor at $85,000 to $90,000, will be placed in the attorney trust account of the Fuller Law Firm ("Trust Account") within five (5) business days from the November 2, 2010 hearing (by November 9, 2010);

3. That Debtor's counsel, The Fuller Law Firm, will notify Moving Party's counsel, Campeau Goodsell Smith ("CGS"), within one (1) business day after the Remaining Funds have been placed in the Trust Account, and the Fuller Law Firm will provide CGS with an exact balance of the Remaining Funds placed in the Trust Account and the date the funds were placed in the Trust Account;

4. That Alan and Wendy Wootton ("Debtors") will provide the Court, the Chapter 13 trustee, and CGS a full accounting of the estimated amount of $136,000 received from the sale of the Playdom Inc. stock ("Total Sale Proceeds") and a declaration 1) that none of the Total Sale Proceeds after the September 22, 2010 hearing have been spent, and 2) providing an explanation of what the Total Sale Proceeds were used for from the time period Debtors

2

[PROPOSED] ORDER REGARDING MOTION FOR RELIEF FROM STAY TO [1] LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA SUPERIOR COURT FAMILY DIVISION and [2] TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM,
Case: 09-57389   Doc# 52   Filed: 11/09/10   Entered: 11/09/10 15:03:53   Page 2 of 4

Case: 09-57389   Doc# 122-2   Filed: 06/17/11   Entered: 06/17/11 10:58:21   Page 12 of 18

received the Total Sale Proceeds until the Remaining Funds were placed in the Trust Account;

5. That the accounting and declaration are due to CGS, the Chapter 13 Trustee, and must be filed with the court within twenty (20) business days from the November 2, hearing date (by November 30, 2010);

6. That the Remaining Funds may not be released without a further order by this Court;

7. Upon written approval by CGS and the Chapter 13 Trustee and a further order by this Court, Debtor may use up to, but not exceeding, 30% of the Remaining Funds in the trust account to pay income taxes directly relating to the sale of the PLAYDOM Inc. stock and Debtor's attorney will upload the further order with the Court.

**END OF ORDER**

APPROVED AS TO FORM:

Dated: 11/4/10

*Sam Taherian*

~~Lars Fuller~~
The Fuller Law Firm, PC
Attorneys for Debtors

3

[PROPOSED] ORDER REGARDING MOTION FOR RELIEF FROM STAY TO [1] LITIGATE THE TERMS OF SUPPORT IN THE SANTA CLARA SUPERIOR COURT FAMILY DIVISION and [2] TO IMPOUND AND DISTRIBUTE THE FUNDS EARNED FROM THE SALE OF PLAYDOM, INC.'S STOCK

## COURT SERVICE LIST

Lars Fuller
The Fuller Law Group
60 N. Keeble Ave.
San Jose, CA 95126

Kari Silva
Campeau Goodsell Smith
440 North First St., Ste 100
San Jose, CA 95112

Oxana Wootton
5847 Randleswood Court
San Jose, CA 95129

Alan and Wendy Wootton
6075 Paso Los Cerritos
San Jose, CA 95120

Devin Derham-Burk
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150

U.S. Trustee
Office of the United States Trustee/San Jose
280 South First St., Number 268
San Jose, CA 95113-3003

# EXHIBIT "C"

**Exhibit C** declaration and accounting filed by the Debtor Alan T. Wootton filed December 3, 2010

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

ALAN T. WOOTTON

WENDY L. WOOTTON
        Debtor(s)

CASE No. 09-57389-ASW

Chapter 13

**DECLARATION REGARDING SALE OF STOCK**

I, ALAN T. WOOTTON declare and say:

1. I am one of the debtors herein.
2. On or about August 31, 2010 Playdom.com, a startup in which I was employed, was taken over by Disney, Inc.
3. As part of the takeover, the vested portion of my stock in Playdom.com was converted into cash by Disney.
4. The gross cash amount was $136,004.39.
5. Of this amount, $4,000 was deducted, without my control, and placed into a 401(k) account.
6. The balance of the funds was partly used.

7. Attached hereto is a true and correct spreadsheet indicating how the funds were disbursed.

8. The balance of the funds was deposited into the Fuller Law Firm, PC trust account.

I declare under penalty of perjury under the laws of the United States that I have personal knowledge of the foregoing and that the same is true and correct, and that if called upon, I would, and could competently and truthfully testify to same.

Executed in San Jose, California on December 3, 2010.

          /s/ Alan T. Wootton
          Alan T. Wootton

| date | | description | amount |
|---|---|---|---|
| 9/1/2010 | starting | | $ 136,004.39 |
| | 401k contribution | | $ 4,000.00 |
| | result | | $ 132,004.39 |
| 9/3/2010 | (rental because of broken car) | | $ 435.00 |
| 9/3/2010 | (school costs) | | $ 284.50 |
| 9/3/2010 | (school costs) | | $ 54.50 |
| 9/3/2010 | CHECK CRD PURCHASE 09/01 FOOTHILL DEANZA PKNG 847-716-3000 CA 486827XXXXXX0105 | | $ 29.90 |
| 9/3/2010 | CHECK CRD PURCHASE 09/03 ZAP*DEV ZAPPOS.COM 800-927-7671 NV 486827XXXXXX0105 | | $ 45.50 |
| 9/3/2010 | CHECK CRD PURCHASE 09/01 DEANZA REGIST ONLINE 408-864-8290 CA 486827XXXXXX0105 | | $ 54.50 |
| 9/3/2010 | CHECK CRD PURCHASE 09/01 DEANZA REGIST ONLINE 408-864-8290 CA 486827XXXXXX0105 | | $ 284.50 |
| 9/3/2010 | PACIFIC GAS/ELEC ONLINE PMT 100903 CKF415705833NEG ALAN WOOTTON | | $ 350.76 |
| 9/3/2010 | AT&T PAYMENT 090210 436039872726NCA ALAN T WOOTTON | | $ 241.80 |
| 9/7/2010 | CHECK CRD PURCHASE 09/04 RAGING WATERS SAN JOSE SAN JOSE CA 486827XXXXXX9815 | | $ 146.95 |
| 9/7/2010 | CHECK # 142 (City of San Jose) | | $ 909.40 |
| 9/7/2010 | POS PURCHASE - TARGET T1927 SA SAN JOSE CA 9815 00300250046179475 | | $ 371.76 |
| 9/7/2010 | ATM WITHDRAWAL - 2333 S. WHITE RRAGING WATSAN JOSE CA 9815 0000936 | | $ 201.95 |
| 9/7/2010 | CHECK # 143 (dentist bill for children) | | $ 126.88 |
| 9/7/2010 | CHECK CRD PURCHASE 09/02 APPLE STORE #R105 SAN JOSE CA 486827XXXXXX0105 24804002020379 9| | $ 881.86 |
| 9/7/2010 | (cash for movies and misc) ATM WITHDRAWAL - 6465 ALMADEN RD SAN JOSE CA 9815 0003988 | | $ 300.00 |
| 9/8/2010 | CHECK # 144 (Capitol mazda for used honda accord) | | $ 15,107.56 |
| 9/8/2010 | CHECK # 141 (bill for child services evaluation) | | $ 1,328.00 |
| 9/10/2010 | CHECK CRD PURCHASE 09/09 Amazon.com AMZN.COM/BILL WA 486827XXXXXX0105 25304000841779 2| | $ 181.51 |
| 9/13/2010 | CHECK CRD PURCHASE 09/11 CHEESECAKE SAN JOSE SAN JOSE CA 486827XXXXXX9815 | | $ 41.35 |
| 9/15/2010 | POS PURCHASE - TARGET T1927 SA SAN JOSE CA 0105 00380258708771716 | | $ 189.33 |
| 9/16/2010 | POS PURCHASE - PAPAYA CLOTHING SAN JOSE CA 0105 00300025967993977 9| | $ 158.33 |
| 9/16/2010 | POS PURCHASE - SPENCER GIFTS # SAN JOSE CA 0105 00300259690685297 | | $ 49.14 |
| 9/17/2010 | CHECK # 146 (retainer for family lawyer) | | $ 15,000.00 |
| 9/20/2010 | CHECK CRD PURCHASE 09/16 DEANZA COLLEGE BOOKSTO CUPERTINO CA 486827XXXXXX0105 | | $ 98.76 |
| 9/20/2010 | POS PURCHASE - TARGET T1927 SA SAN JOSE CA 0105 00460262647793923 | | $ 86.31 |
| 9/20/2010 | POS PURCHASE - MICHAELS #8701 SAN JOSE CA 9815 00300261695226546 | | $ 102.44 |
| | total | | $ 94,941.90 |