# EXHIBIT "L"

Exhibit L- Debtors explanation of why he did not amend his bankruptcy schedules

DECLARATION OF KARI SILVA IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS
PAGE 17
Case: 09-57389   Doc# 122-4   Filed: 06/17/11   Entered: 06/17/11 10:58:21   Page 1 of 20

15    Q. Okay. Now you filed this as we've noted on
16 March 30, 2011. Why did you wait until March of 2011
17 to amend your plan?
18    A. I didn't wait.
19    Q. Why was it done at that point?
20    A. That's when it was done.
21    Q. Now you became aware, based on the hearing
22 that you were present at on September 22nd that the
23 funds from Playdom were property of the estate that
24 needed to be paid to creditors, so --
25       MS. MILLER: Objection, mischaracterizes the

83

1 former testimony. I believe he said he wasn't
2 entirely sure whether or not he was made aware of the
3 Playdom stock being property of the estate at that
4 hearing.
5 BY MS. SILVA:
6    Q. So would that make you believe that at that
7 point that the plan should be amended to make all the
8 payments to your creditors?
9    A. On the contrary, the advice of my attorney
10 was not like that.
11    Q. So you were advised not to amend your plan
12 after that hearing?
13    A. No.
14    Q. Can you explain then why it was not until

15 March that you amended the plan?

16     MS. MILLER: Objection, asked and answered.

17     THE WITNESS: I don't understand. The plan

18 was not amended until March, you want to know why?

19     MS. SILVA: Yeah.

20     THE WITNESS: Because it wasn't.

# EXHIBIT "M"

Exhibit M- Explanation of when the Playdom payouts will end

23    Q.   What are those stock appreciation rights,
24   how many do you have?
25    A.   I don't remember, but we definitely turned

47

1    it in.
2      Q.   What's your understanding of stock
3    appreciation rights, and how much you have?
4      A.   I'm getting basically 272 per month for the
5    next two years, shares.  Not dollars, shares.
6      Q.   And that's per month?
7      A.   Uh-huh.
8      Q.   For how long?
9      A.   Two years more or less.  No, year and a half
10   now, something.
11         MS. MILLER:  Two years from the sale?
12         THE WITNESS:  No, it's two years from last
13   February I think.
14   BY MS. SILVA:
15     Q.   And those 272 shares that you have a right
16   to per month, were those from your original shares
17   that you owned or stock option rights that you owned
18   with Playdom?
19     A.   Yes.
20         MS. MILLER:  Objection, calls for expert
21   opinion.
22         MS. SILVA:  Just his understanding.
23         THE WITNESS:  Yeah.
24   BY MS. SILVA:
25     Q.   What were you informed when -- in regards to

48

# EXHIBIT "N"

Exhibit N- Debtors acknowledgement that he was aware of the Request that the Playdom funds be put in trust before he spent close to $40,000 of those funds.

23  being -- why Oxana had filed that motion?
24      A.  I don't think I got to really talking to him
25  about it until actually the day of.

39

1       Q.  At the time you received all that, the
2   Playdom funds, were you aware that your Chapter 13
3   plan had not yet been confirmed?
4       A.  Obviously.
5       Q.  What was your understanding of those funds?
6   Did you believe that they were property of your
7   bankruptcy, or did you believe that they were your
8   funds?
9       A.  I think at the time I thought that they were
10  mine.
11      Q.  Did you ever have a conversation with
12  anybody in regards to those funds?
13      A.  You mean like, say, for instance with Sam?
14      Q.  Yes.
15      A.  I notified Sam that I was going to get them
16  before I got them.  And I also left him, sent him
17  e-mail and a invoice mail, and he didn't say
18  anything.
19      Q.  Why did you believe those were your funds?
20      A.  I didn't, I didn't know.  I was writing to
21  Sam and phoning him and asking, you know, am I
22  supposed to do something here, and I did not get an
23  answer.
24      Q.  Did you receive a letter from Mr. Krenzel's
25  office that was sent to your attorney -- I'm going to

40

```
 1  mess up his name to Marion Adair on September 2nd,
 2  2010?
 3       A.   You mean Tamarin Adair?
 4       Q.   Yes?
 5       A.   When was the letter?
 6       Q.   September 2nd.
 7       A.   I believe there was a letter like that.
 8       Q.   Do you know when you received that?
 9       A.   The same day.  I didn't receive it, Tamarin
10  received it.
11       Q.   But did he notify you of the letter?
12       A.   She forwards these things to me as a matter
13  of course.
14       Q.   So even after that letter that you received
15  from her you continued to spend the Playdom funds
16  right?  Let me go back.  Strike that last one.
17            The letter was a request by Oxana that the
18  Playdom funds be placed in trust.
19            MS. MILLER:  Objection, I don't know that
20  that we should be talking about the letter that's not
21  an exhibit.  How can he really respond to what's in
22  the letter if we can't see the letter?  There's been
23  a lot of documents in the case, a lot of different
24  letters.
25            MS. SILVA:  Let's take a five-minute break.
                                                        41


 1            (Whereupon a short recess was taken.)
 2            (Exhibit D was marked for identification.)
```

```
 3   BY MS. SILVA:
 4       Q.  We were previously talking about the letter
 5   to your family law attorney, is that correct?
 6       A.  Yes.
 7       Q.  Is that a true and correct copy of the
 8   letter we were discussing which is the letter
 9   forwarded by your family law attorney?
10       A.  Appears to be.
11       Q.  If you can look at four pages down?
12           MS. MILLER:  Paragraphs?
13           MS. SILVA:  Three paragraphs down, it talks
14   about the hundred thousand dollars for portion of the
15   Playdom stock options in September 2010.
16       Q.  Then if you look at the last paragraph on
17   the first page, it's a request that the funds be held
18   in trust until they can resolve the the support
19   arrears, is that correct?
20       A.  There's a request to deposit the option
21   money in your attorney trust account.
22       Q.  Even after this letter you continued to
23   spend those funds, is that correct?
24           MS. MILLER:  Objection, there's no
25   obligation in this letter that he shouldn't have been
```

                                                              42

```
 1   spending the funds.  What is the relevancy?
 2           MS. SILVA:  Relevancy is that he knew that
 3   those funds shouldn't be spent.
 4           THE WITNESS:  What funds?
 5           MS. MILLER:  That's not the question you
 6   asked.
```

```
 7   BY MS. SILVA:
 8        Q.  The Playdom funds you had received, even
 9   after receiving notice of this letter you continued
10   to spend those Playdom proceeds, is that correct?
11        A.  Yes.  Why would I not?
12            MS. MILLER:  Let her ask the questions.
13   BY MS. SILVA:
14        Q.  Did you continue to spend any of those
15   Playdom funds after the hearing in front of Judge
16   Weissbrodt which you identified those funds as
17   property of the bankruptcy estate?
18        A.  No.
19            MS. MILLER:  Can you refresh my memory,
20   weren't there two hearings, one on the 22nd and one
21   on the 14th of October?
22            MS. SILVA:  No, the hearing on the Playdom
23   funds --
24            MS. MILLER:  Just the 22nd of September?
25            MS. SILVA:  Yes.
```

43

```
 1        Q.  Were you present at the hearing on
 2   September 22nd at 2:15?
 3        A.  Yes.
 4        Q.  Do you understand that hearing was two
 5   motions, one was from really from the automatic stay
 6   to litigate the terms of the family support
 7   obligations to Oxana and in regards to the Playdom
 8   funds?
 9        A.  Yes.
10        Q.  Isn't it true that you and your counsel
```

# EXHIBIT "O"

Exhibit O- Increase in rental payment

# C.P.I. PROPERTY MANAGEMENT
P.O. BOX 26872
SAN JOSE, CALIFORNIA 95159-6872

**THIS IS YOUR RECEIPT FOR AMOUNT SHOWN**

| DATE | PROPERTY ADDRESS | UNIT NO. | MONTHLY RENTAL CHARGE | PERIOD COVERED FROM | PERIOD COVERED THRU | *RENT RECEIVED | SECURITY DEPOSIT | LATE CHARGE | MISC. | RECEIPT NO. | TOTAL AMOUNT REC'D | BAL. DUE | PREVIOUS BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/11 | 20299 MERIDA DR. | | $3200 | 5/7/11 | 6/6/11 | 0 | $3000 | | | 4063 | $2000 | — | |

RECEIVED FROM _____

( ) 1. _____
( ) 2. _____
EXPLANATION OF MISC. CHARGES

( ) CASH   (✓) CHECK   ( ) MONEY ORDER  #1155

Received By _____ 
THANK YOU

Case: 09-57389   Doc# 122-4   Filed: 06/17/11   Entered: 06/17/11 10:58:21   Page 12 of 20

| | |
|---|---|
| Purchaser: | |
| Purchaser Account: | WENDY WOOTTON |
| Operator I.D.: | cu001638 |

0080462  11-24
Office AU #  1210(8)

**CASHIER'S CHECK**

SERIAL #: 0046202568
ACCOUNT #:

May 04, 2011

**\*\*$4,200.00\*\***

VOID IF OVER US $ 4,200.00

**NON-NEGOTIABLE**

PAY TO THE ORDER OF

\*\*\*Four thousand two hundred dollars and no cents\*\*\*

\*\*\*CPI PROPERTY MANAGEMENT\*\*\*
\*\*\*MEMO: ALAN&WENDY WOOTTON 20299 MERIDA DR.\*\*\*

**WELLS FARGO BANK, N.A.**
6465 ALMADEN EXPY
SAN JOSE, CA 95120
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

FB-004  M203

# EXHIBIT "P"

Exhibit P- 401k Contributions beginning April 2010

*For the period April 1, 2010 - June 30, 2010*

## Transaction Detail

| | Transaction Date | Transaction Type | # of Shares | Share Price | Transaction Amount |
|---|---|---|---|---|---|
| **SSgA** | **04/01/2010** | **Beginning Balance** | **0.0000** | **$12.810946** | **$0.00** |
| **Target Retirement** | 05/04/2010 | Contribution - EEBT 401K | 20.4596 | $12.903500 | 264.00 |
| **2020 Strategy** | 05/18/2010 | Contribution - EEBT 401K | 16.2139 | $12.581812 | 204.00 |
| | 06/02/2010 | Contribution - EEBT 401K | 16.4755 | $12.382013 | 204.00 |
| | 06/17/2010 | Contribution - EEBT 401K | 16.1652 | $12.619698 | 204.00 |
| | 06/30/2010 | Unrealized Gain/Loss | 0.0000 | $0.000000 | -37.21 |
| | **06/30/2010** | **Ending Balance** | **69.3142** | **$12.101302** | **$838.79** |

*Note: The total # of shares may be slightly off due to rounding.*

## Investment Summary

Performance for the investments you have selected.

|  | SSgA Target Retirement 2020 Strategy Fund | Totals |
|---|---|---|
| **Beg. Price** | **$12.101302** | |
| Beg. Units/Shares | 69.3142 | |
| | | |
| **Beg. Balance** | **838.79** | **838.79** |
| Contributions | 5,196.76 | 5,196.76 |
| Dividends and Earnings | 0.00 | 0.00 |
| Market Value Change | 286.81 | 286.81 |
| Transfers | 0.00 | 0.00 |
| **Ending Balance** | **6,322.36** | **6,322.36** |
| | | |
| **Ending Price** | **$13.326765** | |
| End. Units/Shares | 474.4109 | |

* 2010 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar, ADP nor their content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Many investment providers have established excessive trading policies. As a result, transactions in certain Plan investment options may result in a redemption fee, and a holding period may also apply to certain investment options offered in your Plan. In addition, your ability to conduct certain transactions in your Plan's investment options may be limited by these excessive trading policies. You may get information about such fees and restrictions on your Plan's Voice Response System or Participant Web site, as shown on this Statement. Participants who are identified by an investment provider or its affiliates as engaging in excessive trading also may be temporarily or permanently restricted from further purchases of and/or exchanges into those options (and, in some instances, other options offered by the investment company).

## Transaction Detail

| | Transaction Date | Transaction Type | # of Shares | Share Price | Transaction Amount |
|---|---|---|---|---|---|
| SSgA Target Retirement 2020 Strategy | 07/01/2010 | Beginning Balance | 69.3142 | $12.101302 | $838.79 |
| | 07/02/2010 | Contribution - EEBT 401K | 16.9634 | $12.025926 | 204.00 |
| | 07/19/2010 | Contribution - EEBT 401K | 16.4360 | $12.411806 | 204.00 |
| | 08/03/2010 | Contribution - EEBT 401K | 15.8038 | $12.908278 | 204.00 |
| | 08/17/2010 | Contribution - EEBT 401K | 15.9883 | $12.759360 | 204.00 |
| | 09/02/2010 | Contribution - EEBT 401K | 15.9492 | $12.790613 | 204.00 |
| | 09/03/2010 | Contribution - EEBT 401K | 316.9139 | $12.882394 | 4,082.61 |
| | 09/28/2010 | Contribution - EEBT 401K | 7.0421 | $13.369565 | 94.15 |
| | 09/30/2010 | Unrealized Gain/Loss | 0.0000 | $0.000000 | 286.81 |
| | **09/30/2010** | **Ending Balance** | **474.4109** | **$13.326765** | **$6,322.36** |

*Note: The total # of shares may be slightly off due to rounding.*

## Annual Notice

### ANNUAL NOTICE TO ELIGIBLE EMPLOYEES OF PLAYDOM INC. 401(K) PROFIT SHARING PLAN & TRUST

This Notice provides you with important information regarding your participation in the PLAYDOM INC. 401(K) PROFIT SHARING PLAN & TRUST ("Plan"). If you have any questions after reading this Notice, please contact your plan's administrator.

The Plan provides you with the opportunity to save for your future through regular before-tax payroll deductions. Under the Plan, upon initial enrollment, an eligible employee automatically had 3% of his or her compensation withheld from each paycheck and contributed to the Plan on their behalf, unless he or she affirmatively elected not to contribute, or to contribute a different percentage. These automatic contributions were and will continue to be invested in the SSgA Target Retirement 2020 Strategy Fund, ("Default Investment") until the eligible employee affirmatively elects to invest in other investment alternatives.

You may change your contribution rate and plan investments at any time by visiting WWW.MYKPLAN.COM or calling 1-800-695-7526.

Please refer to the additional information at the bottom of this notice on SSgA Target Retirement 2020 Strategy Fund, including the fund's objective, risk and return characteristics and the annual operating expenses of the fund (that is, the fund's "expense ratio.") For complete information about all of the Plan's investment options including their objectives, risks, fees and expenses please see the fund prospectuses (or Fund Fact Sheets, if available) and review them carefully before making investment decisions about your account. You may also get fund information on the Web site at WWW.MYKPLAN.COM.

**SSgA Target Retirement 2020 Strategy Fund**

**Fund Objective/Strategy**

The SSgA Target Retirement Funds seek to provide retirement investors with an appropriate balanced fund that matches their time horizon to retirement. The 2020 Fund seeks to provide long term capital appreciation and some stability of principal for investors planning to retire in approximately the year 2020. The Fund invests in a combination of U.S. Stocks, International Stocks and Bonds, and allocates its assets among these funds according to a pre-determined asset allocation strategy. On an annual basis, the Fund automatically rebalances to a more conservative strategy as the year 2020 gets closer. Over time, the stock allocation decreases and the bond allocation increases. Five years after reaching its 2020 target retirement year the Fund will be invested in its most conservative mix of bond and stock investment and will be mapped to the Lifetime Income Fund.

**Risk and Return**

Different investments such as stocks, bonds, mutual funds and money market/stable value funds react differently to the same market conditions. For instance, when one is at a high, another is at a low, and the third may be somewhere in between the two. Investment options are generally classified into four general categories, each of which has a different amount of investment risk attached to it. The greater the risk, the greater the possible return. The four categories, ranked according to risk, from most conservative to most aggressive, are: Income, which is generally comprised of fixed and bond investments, Growth and Income, which is generally comprised of a combination of stock, fixed and bond investments, Growth, which is generally comprised of stock investments which seek capital appreciation over time and Aggressive Growth, which is generally comprised of stock investments which seek high capital appreciation. Your plan's default investment option falls into the Growth & Income category.

## Transaction Detail

| | Transaction Date | Transaction Type | # of Shares | Share Price | Transaction Amount |
|---|---|---|---|---|---|
| SSgA | 10/01/2010 | Beginning Balance | 474.4109 | $13.326765 | $6,322.36 |
| Target Retirement | 10/07/2010 | Contribution - EEBT 401K | 6.9694 | $13.509123 | 94.15 |
| 2020 Strategy | 10/14/2010 | Contribution - EEBT 401K | 6.9165 | $13.612364 | 94.15 |
| | 10/27/2010 | Contribution - EEBT 401K | 6.9488 | $13.549195 | 94.15 |
| | 10/28/2010 | Contribution - EEBT 401K | 6.9354 | $13.575240 | 94.15 |
| | 10/29/2010 | Contribution - EEBT 401K | 6.9214 | $13.602761 | 94.15 |
| | 11/05/2010 | Contribution - EEBT 401K | 6.7504 | $13.947424 | 94.15 |
| | 11/15/2010 | Contribution - EEBT 401K | 6.9185 | $13.608495 | 94.15 |
| | 11/23/2010 | Contribution - EEBT 401K | 6.9597 | $13.527843 | 94.15 |
| | 12/02/2010 | Contribution - EEBT 401K | 6.8315 | $13.781803 | 94.15 |
| | 12/07/2010 | Contribution - EEBT 401K | 6.8255 | $13.793880 | 94.15 |
| | 12/22/2010 | Contribution - EEBT 401K | 13.4312 | $14.019536 | 188.30 |
| | 12/31/2010 | Unrealized Gain/Loss | 0.0000 | $0.000000 | 383.02 |
| | **12/31/2010** | **Ending Balance** | **556.8192** | **$14.071320** | **$7,835.18** |

*Note: The total # of shares may be slightly off due to rounding.*

## Investment Summary

Performance for the investments you have selected.

|  | SSgA Target Retirement 2020 Strategy Fund | Totals |
|---|---|---|
| **Beg. Price** | **$14.071320** | |
| Beg. Units/Shares | 556.8192 | |
| **Beg. Balance** | **7,835.18** | **7,835.18** |
| Contributions | 3,261.81 | 3,261.81 |
| Dividends and Earnings | 0.00 | 0.00 |
| Market Value Change | 322.56 | 322.56 |
| Transfers | 0.00 | 0.00 |
| **Ending Balance** | **11,419.55** | **11,419.55** |
| **Ending Price** | **$14.604919** | |
| End. Units/Shares | 781.8975 | |

## Contribution Summary

| Activity By Money Source | Employee Before-Tax | Employer Match w/vesting | Total |
|---|---|---|---|
| **Beginning Balance** | **7,835.18** | **0.00** | **7,835.18** |
| Contributions | 1,414.10 | 1,847.71 | 3,261.81 |
| Dividends and Earnings | 0.00 | 0.00 | 0.00 |
| Market Value Change | 321.67 | 0.89 | 322.56 |
| **Ending Balance** | **9,570.95** | **1,848.60** | **11,419.55** |
| **Vested Balance** | **9,570.95** | **1,848.60** | **11,419.55** |
| **YTD Contributions** | **1,414.10** | **1,847.71** | **3,261.81** |

* 2011  Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar, ADP nor their content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

Many investment providers have established excessive trading policies. As a result, transactions in certain Plan investment options may result in a redemption fee, and a holding period may also apply to certain investment options offered in your Plan. In addition, your ability to conduct certain transactions in your Plan's investment options may be limited by these excessive trading policies. You may get information about such fees and restrictions on your Plan's Voice Response System or Participant Web site, as shown on this Statement. Participants who are identified by an investment provider or its affiliates as engaging in excessive trading also may be temporarily or permanently restricted from further purchases of and/or exchanges into those options (and, in some instances, other options offered by the investment company).

There is a transfer restriction under plan and/or fund rules that does not allow transfers from fund Invesco Stable Asset Fund - Class ADP85 to fund SSgA U.S. Inflation Protected Bond Index Fund.

## Transaction Detail

| | Transaction Date | Transaction Type | # of Shares | Share Price | Transaction Amount |
|---|---|---|---|---|---|
| **SSgA** | 01/01/2011 | Beginning Balance | 556.8192 | $14.071320 | $7,835.18 |
| **Target Retirement** | 01/03/2011 | Contribution - EEBT 401K | 6.6516 | $14.154532 | 94.15 |
| **2020 Strategy** | 01/06/2011 | Contribution - EEBT 401K | 6.6814 | $14.091453 | 94.15 |
| | 02/02/2011 | Contribution - EEBT 401K | 6.5745 | $14.320379 | 94.15 |
| | 02/03/2011 | Contribution - EEBT 401K | 6.5766 | $14.315837 | 94.15 |
| | 02/08/2011 | Contribution - EEBT 401K | 19.7424 | $14.400465 | 284.30 |
| | 02/11/2011 | Contribution - EEBT 401K | 6.5273 | $14.424050 | 94.15 |
| | 02/15/2011 | Contribution - EEBT 401K | 6.5138 | $14.453896 | 94.15 |
| | 02/23/2011 | Contribution - EEBT 401K | 6.5590 | $14.354374 | 94.15 |
| | 03/01/2011 | Contribution - EEBT 401K | 6.5155 | $14.450218 | 94.15 |
| | 03/09/2011 | Contribution - EEBT 401K | 6.4930 | $14.500149 | 94.15 |
| | 03/16/2011 | Contribution - EEBT 401K | 6.6825 | $14.088980 | 94.15 |
| | 03/21/2011 | Contribution - EEBT 401K | 6.5371 | $14.402422 | 94.15 |
| | 03/30/2011 | Contribution - EEBT 401K | 6.4496 | $14.597906 | 94.15 |
| | 03/30/2011 | Contribution - ERMTCH | 126.5736 | $14.597906 | 1,847.71 |
| | 03/31/2011 | Unrealized Gain/Loss | 0.0000 | $0.000000 | 322.56 |
| | **03/31/2011** | **Ending Balance** | **781.8975** | **$14.604919** | **$11,419.55** |

*Note: The total # of shares may be slightly off due to rounding.*