| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C.<br>SCOTT L. GOODSELL, #122223<br>Kari L. Silva #257033<br>440 N. 1st Street, Suite 100<br>San Jose, CA 95112<br>TEL. (408) 295-9555<br>FAX. (408)295-6606 | Case Name: In Re Alan T. and Wendy Lynn Wootton<br><br>Case No.: 09-57389 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100, San Jose, California 95112.

On June 27, 2011, I served a copy of:

1. Evidentiary Objection and Motion to strike

2. Further Supplemental Response to Oxana Wootton's Opposition to Debtor's Motion to Dismiss Their Chapter 13 Bankruptcy

3. Further Supplemental Declaration of Kari Silva in Support of Opposition to Motion to Dismiss Chapter 13 case.

BY ELECTRONIC COURT FILING ("ECF") UNLESS INDICATED:

Devin Derham-Burk
ctdocs@ch13sj.com

Brooke L. Miller on behalf of Debtor Alan Wootton
brookelmiller@gmail.com

Office of the US Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Saman Taherian on behalf of Plaintiff Alan Wootton
Fullerlawfirmect@aol.com, samanjd@hotmail.com

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on June 27, 2011, at San Jose, California.

/s/ Kari L. Silva
Kari L. Silva