Brooke L. Miller (266065)
MILLER LEGAL SERVICES
158 Shrader St., #3
San Francisco, CA 94117
(415) 810-8815
(415) 592-8846

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-57389-ASW |
| ALAN T. WOOTTON and WENDY L. WOOTTON, | Chapter 13 |
| Debtors. | **DEBTORS' REPLY TO FURTHER SUPPLEMENTAL OPPOSITION TO DEBTOR'S MOTION TO DIMISS PURSUANT TO 11 U.S.C. § 1306(b)** |
| | Hearing Set |
| | Date: July 26, 2011 |
| | Time: 1:45pm |
| | Location: U.S. Bankruptcy Court 280 S. 1st St., Ctrm 3020 San Jose, CA 95113 |
| | Judge: Hon. Arthur S. Weissbrodt |

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE

On June 27, 2011, Creditor Oxana Wootton ("Creditor") filed a Further Supplemental

Opposition to Debtors' Motion to Dismiss.  Docket no. 125.  In response, Debtors file this Reply.

**I.      ARGUMENT**

Based on the totality of the circumstances, the standard by which the Debtors' conduct

throughout their bankruptcy case and toward all their creditors must be measured, the facts show

the Debtors have acted in good faith.  The facts show that the Debtors' conduct is nothing like the

conduct of the offending debtors in the *Marrama*, *Rosson* and *Leavitt* cases.  The facts show that

no cause exists to restrict the dismissal of this case in any way or to award attorneys fees to

1
**REPLY TO F.S. OPPOSITION TO MTD (Case no. 09-57389)**

Creditor.

In her June 27th Opposition, Creditor restates her fear of unprotected interest. Docket no. 125, 1:26 to 2:3. As evidence of good reason to be fearful, Creditor points to the following statements of the Debtors:

> [The Debtors] will be unable to begin paying back their creditors, including, and firstly, Creditor. Docket no. 123, 9:23-24.

> I intend to pay [Creditor] $27,000 as soon as our assets, which were ordered impounded by the bankruptcy court, are available to us. I cannot make such a payment to her without the money that is currently impounded. I intend to return to family court to determine the true extent of the debts owed between [Creditor] and I. I have been informed that family court litigation undertaken for this purpose will cost me between $10,000 and $20,000. Declaration of Debtor Alan T. Wootton, Docket no. 118, ¶¶ 19-20.

In reading these statements, Creditor's fears should be assuaged. The statements are further evidence of the Debtors' good faith conduct. They show that the Debtors intend to honor Creditor's legitimate interest. They show that no more protection of Creditor's legitimate interest is necessary.

Creditor's interpretation of the statements is further evidence of Creditor's tendency, immediately prior to and during this bankruptcy case, to act against her own interest. As discussed in previous replies, Creditor has taken steps contrary to her own interest during this case, such as when she filed a motion to dismiss the case in March 2010. Docket nos. 117, 123. She has blocked the confirmation of the Debtors' Plan and resolution of the Debtors' Objection to Claim 13. Docket no. 103. The end result of resolving those issues would have been Creditor's receipt of monthly payments toward any debts the Debtors may have been found to owe her.

II. CONCLUSION

For the reasons discussed above, in the Debtors' Motion to Dismiss and in their Replies to Creditor's Oppositions, the Debtors' Motion to Dismiss Pursuant to 11 U.S.C. § 1306(b) should be granted, the Debtors' case should be dismissed without prejudice or restriction, their

1   impounded assets should be released, and no attorneys fees should be awarded to Creditor.  If the

2   Court determines that dismissal with some restriction should be granted, the Court should order

3   the direct payment of $27,000 to Creditor by Debtors' counsel out of the funds currently

4   maintained in the trust account before Debtors' counsel releases the rest of the funds to the

5   Debtors.

6

7

8   Dated:  July 5, 2011                                             MILLER LEGAL SERVICES

9
                                                                     /s/ Brooke L. Miller_____
10                                                                   Brooke L. Miller
                                                                     Attorney for Debtors Alan T. and Wendy L.
11                                                                   Wootton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28